**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:06 am, Oct 31, 2025*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATES DISTRICT COURT DISTRICT OF COLORADO**

**State of Colorado, Plaintiff** v. **Donald J. Trump et al., Defendants**

**Case No. 1:25-cv-03428-RBJ**

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Comes now **Jacob Valine**, a Colorado resident, student, and incoming Air Force ROTC cadet, respectfully requesting leave to file an **amicus curiae brief** in support of Plaintiff's position in the above-captioned matter.

Mr. Valine is currently enrolled at Aims Community College and preparing to commission through Air Force ROTC Detachment 610 at North Dakota State University. His long-term goal is to serve as a military officer in aviation and public safety. The decision to relocate U.S. Space Command from Colorado Springs to Alabama directly affects my career trajectory by weakening Colorado's strategic role in national defense, disrupting regional support for ROTC commissioning pathways, and undermining the continuity of federal-state partnerships that enable service-oriented careers.

This motion is submitted pursuant to the Court's inherent authority to accept amicus briefs from individuals whose interests and insights bear directly on the constitutional and public impact of the case. Mr. Valine's brief offers a citizen perspective grounded in military preparation, constitutional advocacy, and the lived consequences of federal infrastructure decisions.

For the foregoing reasons, Mr. Valine respectfully requests that the Court grant leave to file the attached amicus brief.

Respectfully submitted, Jacob Valine

*/s/ Jacob Valine*