# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, ECF No. 1

Defendants respectfully request a one-month extension of time, until February 20, 2026, to answer or otherwise respond to Plaintiff's complaint, ECF No. 1. This is Defendants' first request for an extension of time to answer or otherwise respond to the complaint. Defendants' response currently is due on January 20, 2026. *See* ECF No. 21. If this motion is granted, Defendants' answer or other response will be due on February 20, 2026. Undersigned counsel conferred about this motion with the Plaintiff, who indicated that Plaintiff does not oppose the relief requested.

Good cause exists to grant Defendants' request for an extension of time. Plaintiff challenges, under the U.S. Constitution and Administrative Procedure Act,

the President's putative decision to move U.S. Space Command from Colorado Springs. The additional time is requested to enable undersigned counsel to determine whether to answer the complaint or to prepare a dispositive motion (and to prepare any such dispositive motion, following the requisite meet-and-confer with Plaintiff's counsel pursuant to this Court's Practice Standards), due to the press of other existing deadlines, and because undersigned counsel will be out of the office for medical reasons for approximately two weeks beginning in late January. Further, Plaintiff will not be prejudiced by the requested extension. As noted, this motion is unopposed.

Accordingly, Defendants respectfully request that the Court grant Defendants' motion to extend their deadline to answer or otherwise respond to Plaintiff's complaint by one month, until February 20, 2026.

Pursuant to D.C.COLO.LCivR 6.1(c), this motion will contemporaneously be served on agency counsel.

Dated: January 5, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division
Federal Programs Branch

/s/ *Marianne F. Kies*
MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division

2

Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

    Pursuant to D.C.COLO.LCivR 6.1(c), I certify that a copy of the foregoing motion for extension of time will be served on agency counsel for the Department of Defense and Department of the Air Force.

<u>*s/ Marianne F. Kies*</u>
Marianne F. Kies
Trial Attorney
U.S. Department of Justice