**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

**NOTICE OF FILING OF AMENDED COMPLAINT**

Plaintiff State of Colorado gives notice that Plaintiff has filed an Amended Complaint pursuant to Federal Rule of Procedure 15(a)(1)(B). In accordance with D.C.COLO.LCivR

15.1(a), attached to this notice is a redlined copy of the amended pleading compared against the

original pleading.

Dated: January 8, 2026                     Respectfully submitted,

                                        **PHILIP J. WEISER**
                                      Attorney General of Colorado

                                      */s/ David Moskowitz*
                                      David Moskowitz
                                      *Deputy Solicitor General*
                                      Talia Kraemer
                                      *Assistant Solicitor General*
                                      Sarah H. Weiss
                                      *Senior Assistant Attorney General*
                                      1300 Broadway, 10th Floor
                                      Denver, CO 80203
                                      (720) 508-6000
                                      david.moskowitz@coag.gov
                                      talia.kraemer@coag.gov
                                      sarah.weiss@coag.gov

                                      Counsel for the State of Colorado


**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      /s/ David Moskowitz
                                      *Deputy Solicitor General*