**Food and Consumer Service, USDA** § 281.10

### § 281.10 Appeals.

(a) *Failure/capability.* (1) Any State agency or ITO may appeal the determination made by FCS on:

(i) Whether or not the reservation definition is met;

(ii) The failure or absence of failure of an agency of State government to properly administer the Food Stamp Program;

(iii) The capability or incapability of an ITO to administer the Food Stamp Program;

(iv) The failure of an ITO to properly administer the Food Stamp Program;

(v) The Federal matching percentage level of administrative funding made available by FCS. To prevail the State agency must show a compelling justification that additional funding is needed for the effective administration of the Program on the reservation.

(2) At the time FCS advises the State agency or ITO of its determination, FCS shall also advise the State agency or ITO of its right to appeal and, except for appeals of funding determinations, shall advise the State agency or ITO of its right to request either a meeting to present its position in person or a review of the record. On appeals of funding determinations, FCS shall advise the State agency or ITO that it may indicate if it wishes a meeting, however, FCS need schedule a meeting only if FCS determines a meeting is warranted to reach a proper adjudication of the matter. Otherwise, FCS shall review supportive information submitted by the State agency or ITO in paragraph (b)(2) of this section.

(b) *Procedures*—(1) *Time limit.* Any State agency or ITO which wants to appeal an initial FCS determination under paragraph (a) of this section must notify the Administrator of FCS, in writing within 15 days from the date of the determination and must advise FCS if it wishes a meeting or a review of the record.

(2) *Acknowledgment.* Within five days of receipt by the Administrator of FCS of a request for review, FCS shall provide the State agency or ITO by certified mail, return receipt requested, with a written acknowledgement of the request. The acknowledgement shall include the name and address of the official designated by the Administrator to review the appeal. The acknowledgment shall also notify the State agency or ITO that within ten day of receipt of the acknowledgment, the State agency or ITO shall submit written information in support of its position.

(3) *Scheduling a meeting.* If the Administrator, FCS, grants a meeting FCS shall advise the State agency or ITO by certified mail, return receipt requested, of the time, date and location of the meeting at least ten days in advance of the meeting. FCS shall schedule and conduct the meeting and make a decision within 60 days of the receipt of the information submitted in response to paragraph (b)(2) of this section.

(4) *Review.* If no meeting is conducted, the official designated by the Administrator, FCS, shall review information presented by a State agency or ITO which requests a review, and shall make a final determination in writing within 45 days of the receipt of the State agency's or ITO's information submitted in response to paragraph (b)(2) of this section setting forth in full the reasons for the determination.

(5) *Final decision.* The official's decision after a meeting or a review shall be final.

(c) *Funding and other sanctions.* Any State agency or ITO that wishes to appeal a funding determination made by FCS other than under (a)(5) of this section, or the application of a Federal sanction, shall follow the Administrative Review Procedures set forth in part 276.

### PART 282—DEMONSTRATION, RESEARCH, AND EVALUATION PROJECTS

Sec.
282.1  Legislative authority.
282.2  Project initiation.
282.3  Eligibility.
282.4  Approval of proposals.
282.5  Public notice procedures for demonstration projects.
282.6  Federal financial participation.
282.10 Workfare demonstration project.
282.11 California SSI conversion project.
282.12 SSI/Elderly cash-out demonstration project.
282.13 Work registration/job search demonstration project.
282.14 Pennsylvania food stamp direct delivery demonstration project.

843

Case No. 1:25-cv-03428-RBJ    Document 46-2    filed 01/12/26    USDC Colorado
2 of 3

282.15 [Reserved]
282.16 Monthly reporting/retrospective accounting demonstration project.
282.17 Monthly reporting/retrospective accounting: Operational procedures.
282.18 AFDC/Food stamp consolidation demonstration project.
282.19 Simplified Application Demonstration Project.

AUTHORITY: 7 U.S.C. 2011–2032.

SOURCE: Amdt. 134, 43 FR 54215, Nov. 21, 1978, unless otherwise noted.

### § 282.1 Legislative authority.

(a) *Demonstration projects.* Demonstration projects are those authorized by section 17(b)(1) of the Act which states in part: The Secretary is authorized to conduct on a trial basis, in one or more areas of the United States, pilot or experimental projects (hereafter called demonstration projects) designed to test program changes that might increase the efficiency of the food stamp program and improve the delivery of food stamp benefits to eligible households. The Secretary is further authorized to waive all or part of the requirements of the Act and implementing regulations to the degree necessary to conduct such projects, except that no project may be undertaken which would lower or further restrict the established income and resource standards or benefit levels.

(b) *Research projects.* Research projects are these authorized by section 17(a) of the Act which states: The Secretary may, by way of making contracts with or grants to public or private organizations or agencies, undertake research that will help improve the administration and effectiveness of the food stamp program in delivering nutrition related benefits.

(c) *Evaluation projects.* Evaluation projects are those authorized by section 17(c) of the Act which states in part: The Secretary shall develop and implement measures for evaluating, on an annual or more frequent basis, the effectiveness of the food stamp program in achieving its stated objectives.

### § 282.2 Project initiation.

The Secretary shall, from time to time, publish a list of priority areas being considered for demonstration, research, and evaluation efforts, and invite and consider public comment on such lists. In determining such priority areas, the Secretary shall consider suggestions submitted by State and local agencies and other interested parties. The Secretary shall, as appropriate, seek grant proposals, through publication of a notice of intent in the FEDERAL REGISTER, or contract proposals, in accordance with the procedures prescribed in the Federal procurement regulations. (41 CFR, Ch. 1.)

[Amdt. 206, 47 FR 46486, Oct. 19, 1982]

### § 282.3 Eligibility.

States or public or other nonprofit agencies or organizations or individuals are eligible for grants. Grants shall be subject to the appropriate provisions established in the Office of Management and Budget (OMB) Circular A–102, Uniform Administrative Requirements for Grants-in-Aid to State and Local Governments and Federal Management Circular (FMC) 74–4, Cost Principles Applicable to Grants and Contracts With State and Local Governments. States or public or private agencies or organizations or individuals are eligible for contracts.

### § 282.4 Approval of proposals.

(a) *Presubmission proposal review.* All suggestions for project operations and formal proposals for such operations shall be subject to the application procedures contained in OMB Circular A–102.

(b) *Federal procedures.* (1) Proposals for demonstration, research, or evaluation projects shall be reviewed by a panel consisting of appropriate FCS and departmental representatives.

(2) Representatives from other Departments and agencies may be invited to participate in proposal review where proposed projects could affect their programs.

(3) Proposals shall be ranked based on the criteria established in paragraph (c) of this section.

(c) *Approval criteria.* (1) Proposals shall be reviewed for responsiveness to the specific requirements contained in the notice of intent or request for proposal.

(2) In addition, proposals will be evaluated according to the following general criteria:

(i) The conceptual development and clarity of measurable objectives.

(ii) Probable effectiveness of the proposal to achieve the project objectives based on:

(A) A complete description of the purpose, hypotheses, demonstration, research or evaluation design, and plans for implementation;

(B) The adequacy of the work plan, indicating tasks, scheduling, and methodology; and

(C) A technical evaluation plan consistent with the objectives stated.

(iii) The capability of the applicant to conduct the project based on:

(A) A description of the qualifications of staff;

(B) Availability of necessary facilities, staff, and other resources;

(C) Administrative and supervisory capacity; and

(D) Knowledge of or previous experience in conducting demonstration, research, or evaluation projects.

(iv) The projected cost of the project.

(v) For demonstration projects, potential benefits in relation to projected costs and potential nationwide application.

(vi) The relationship of the proposal to other similar demonstration, research, or evaluation efforts.

[Amdt. 134, 43 FR 54215, Nov. 21, 1978, as amended by Amdt. 255, 48 FR 29124, June 24, 1983]

### § 282.5 Public notice procedures for demonstration projects.

(a) *General notices.* At least 30 days prior to the initiation of a demonstration project, FCS shall publish a General Notice in the FEDERAL REGISTER if the demonstration project will likely have a significant impact on the public. The notice shall set forth the specific operational procedures, shall consider the public comment received under § 282.2, and shall explain the basis and purpose of the demonstration project. If significant comments are received in response to this General Notice, the Department will take such action as may be appropriate prior to implementing the project.

(b) *Amended general notices.* If the procedures or explanation referred to in paragraph (a) of this section are significantly changed because of comments, an amended General Notice will be published in the FEDERAL REGISTER at least 30 days prior to the initiation of the demonstration project, except where good cause exists supporting a shorter effective date. The explanation for the determination of good cause will be published with the amended General Notice. The amended General Notice shall also explain the basis and purpose of the changes.

(c) *Reporting and recordkeeping requirements.* In addition, for demonstration projects with reporting and recordkeeping requirements which exceed the requirements set forth in OMB Circular A-102, the Department will obtain the necessary approval from OMB prior to project implementation.

[Amdt. 206, 47 FR 46487, Oct. 19, 1982]

### § 282.6 Federal financial participation.

(a) *Level of funding.* (1) *Grant awards.* FCS shall pay all costs up to the level established in the grant award. When a demonstration project involves an area of ongoing State agency administrative responsibility, as established in § 271.4(a), FCS may pay up to 100 percent only of those administrative costs which exceed those usual and customary to program operations.

(2) *Contracts.* FCS shall pay all costs as established in the terms and conditions of the contract.

(3) *Additional funding.* The awarding of any funding for additional costs incurred when necessary to the successful completion of a project shall be subject to existing Federal grant and contracting procedures.

(b) *Limitations.* Federal financial participation shall be available to demonstration, research, and evaluation projects only for:

(1) Those activities and projects awarded by FCS. Funds shall not be transferred from one project to another;

(2) Those costs specified in the grant or contract up to the amount approved in the grant or contract; and

(3) Costs incurred during the project, as established in the grant or contract. Time extensions of the project may be granted where sufficient justification has been submitted to and approved by FCS.