# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Plaintiff the State of Colorado respectfully moves for an expedited briefing schedule for its pending motion for preliminary injunction. Dkt. 46. The parties have conferred in good faith on a workable schedule. Defendants do not oppose the relief requested. Good cause supports Plaintiff's request:

1. On January 12, 2026, Plaintiff filed a motion for preliminary injunction seeking to enjoin a "pilot project" where the Department of Agriculture ("USDA") purported to require Colorado and five populous counties to recertify all households receiving Supplemental Nutrition Assistance ("SNAP") benefits, totaling more than 100,000 households, including in-person interviews, within 30 days or face noncompliance sanctions, including potential removal from the SNAP program.

2. Plaintiff has conferred with counsel for Defendants regarding a briefing schedule. Defendants' counsel represented that USDA will follow the normal procedures and timelines before imposing any sanctions. *See* 7 C.F.R. § 276.4. If those procedures and timelines are followed, USDA could not impose any sanctions against Colorado until the middle of February or later. Based on these representations, the parties propose the following schedule:

- Defendants' response: on or before January 22, 2026;
- Plaintiff's reply: on or before January 27, 2026;
- Hearing (if any): week of January 28, 2026, or at the convenience of the Court.

3. Plaintiff seeks resolution of the motion by early February before any sanctions may be imposed. Plaintiff is aware of the burden that this places on the Court and is amenable to any adjustments by the Court.

4. Should USDA not follow the normal procedures and timelines and impose consequences earlier, Plaintiff will alert the Court and may seek emergency relief and/or to shorten the schedule.

5. Having shown good cause, Plaintiff respectfully requests an order by the Court setting an expedited schedule for resolving the motion for preliminary injunction.

Dated January 14, 2026.                           Respectfully submitted,

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ David Moskowitz
David Moskowitz, *Deputy Solicitor General*
Talia Kraemer, *Assistant Solicitor General*
Sarah H. Weiss, *Sr. Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov
*Counsel for the State of Colorado*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ David Moskowitz
      *Deputy Solicitor General*