# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

     Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

     Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

     I hereby certify that I am a member in good standing of the bar of this court,

and I appear in this case as counsel for: All Defendants.


DATED: January 21, 2026       Respectfully Submitted,

     BRETT A. SHUMATE
     Assistant Attorney General

     ERIC J. HAMILTON
     Deputy Assistant Attorney General
     Civil Division, Federal Programs Branch

     */s/ Tyler J. Becker*
     TYLER J. BECKER
     Counsel to the Assistant Attorney General
     U.S. Department of Justice, Civil Division
     950 Pennsylvania Ave NW
     Washington, DC 20530
     (202) 514-4052

tyler.becker@usdoj.gov

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

MARIANNE F. KIES
Trial Attorney
Civil Division, Federal Programs Branch

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

sarah.weiss@coag.gov
talia.kraemer@coag.gov
david.moskowitz@coag.gov
marianne.f.kies@usdoj.gov

*/s/ Tyler J. Becker*