# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

## PROOF OF SERVICE OF SUMMONSES AND AMENDED COMPLAINT

As reflected in the attached affidavit, Plaintiff has served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served Secretary Sean Duffy, Secretary Brooke

Rollins, Secretary Chris Wright, Secretary Doug Burgum, Secretary Kristi Noem, Acting Director Karen Evans, Attorney General Pam Bondi, Acting Director Brian Stone, the Executive Office of the President, the U.S. Department of Transportation, the U.S. Department of Agriculture, the U.S. Department of Energy, the U.S. Department of the Interior, the U.S. Department of Homeland Security, the Federal Emergency Management Agency, the U.S. Department of Justice, and the National Science Foundation in accordance with Fed. R. Civ. P. 4(i)(2). Accordingly, all Defendants have been served with a summons and a copy of the amended complaint (Dkt. No. 26) and Colorado's Motion for Preliminary Injunction (Dkt. No. 46).

Dated: January 21, 2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ David Moskowitz*
David Moskowitz
Deputy Solicitor General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
David.Moskowitz@coag.gov

*Attorney for Plaintiff State of Colorado*