**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

---

### AFFIDAVIT OF SERVICE

    I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

1

2. I received summonses directed to defendants Secretary Sean Duffy, Secretary Brooke Rollins, Secretary Chris Wright, Secretary Doug Burgum, Secretary Kristi Noem, Acting Director Karen Evans, Attorney General Pam Bondi, Acting Director Brian Stone, the Executive Office of the President, the U.S. Department of Transportation, the U.S. Department of Agriculture, the U.S. Department of Energy, the U.S. Department of the Interior, the U.S. Department of Homeland Security, the Federal Emergency Management Agency, the U.S. Department of Justice, and the National Science Foundation.

3. On January 21, 2026, I caused copies of the summonses as described in the preceding paragraph, along with copies of the Amended Complaint (Dkt. No. 26) and Colorado's Motion for Preliminary Injunction (Dkt. No. 46) to be sent by certified mail to the defendants as follows:

| **Summons Directed to:** | **Summons and Complaint Mailed to:** |
|---|---|
| All Parties | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| All Parties | United States Attorney for the District of Colorado<br>ATTN: Civil-Process Clerk<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202-2628 |
| Executive Office of the President | The White House<br>White House Counsel<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500-0005 |
| Department of Transportation<br>Secretary Sean Duffy | Office of the General Counsel<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590-0001<br><br>and |

|  | Secretary Sean Duffy<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590-0001 |
|---|---|
| Department of Agriculture<br>Secretary Brooke Rollins | Office of the General Counsel<br>Room 107W, Whitten Building<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250-1400<br><br>and<br><br>Secretary Brooke Rollins<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250-0002 |
| Department of Energy<br>Secretary Chris Wright | Office of the General Counsel<br>1000 Independence Avenue, S.W.<br>Washington, DC 20585-0001<br><br>and<br><br>Secretary Chris Wright<br>1000 Independence Avenue, S.W.<br>Washington, DC 20585-0001 |
| Department of the Interior<br>Secretary Doug Burgum | Office of the Solicitor<br>1849 C Street, N.W.<br>Washington, DC 20240-0001<br><br>and<br><br>Secretary Doug Burgum<br>1849 C Street, N.W.<br>Washington, DC 20240-0001 |
| Department of Homeland Security<br>Secretary Kristi Noem | Office of the General Counsel<br>MS 0485 Department of Homeland Security<br>2707 Martin Luther King Jr. Avenue, S.E.<br>Washington, DC 20528-0525<br><br>and<br><br>Secretary Kristi Noem<br>MS 0485 Department of Homeland Security<br>2707 Martin Luther King Jr. Avenue, S.E.<br>Washington, DC 20528-0525 |
| Federal Emergency Management Agency<br>Acting Director Karen Evans | Office of the Chief Counsel<br>500 C Street, S.W. |

| | |
|---|---|
| | Washington, DC 20472-0001<br><br>and<br><br>Acting Director Karen Evans<br>500 C Street, S.W.<br>Washington, DC 20472-0001 |
| Department of Justice<br>Attorney General Pam Bondi | Assistant Attorney General for Administration<br>U.S. Department of Justice<br>Justice Management Division<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br><br>and<br><br>Attorney General Pam Bondi<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 |
| National Science Foundation<br>Acting Director Brian Stone | Office of the General Counsel<br>2415 Eisenhower Avenue<br>Alexandria, VA 22314-1600<br><br>and<br><br>Acting Director Brian Stone<br>2415 Eisenhower Avenue<br>Alexandria, VA 22314-4684 |

I declare under penalty of perjury that the foregoing is true and correct.

January 21, 2026
Date

Signature

Alex Miller
Printed Name

4