IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE, DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE, and
NATIONAL SCIENCE FOUNDATION,

    Defendants.

---

**UNOPPOSED MOTION BY DEFENDANTS FOR LEAVE
TO APPEAR AT JANUARY 28, 2026 HEARING
BY TELEPHONE OR VIDEO IN LIGHT OF INCLEMENT WEATHER**

---

Defendants—with the consent of Plaintiff—respectfully moves for an order permitting counsel for Defendants to appear at the hearing tentatively set by the Court on January 28, 2026 at 9:00 a.m. by telephone or video, or an order converting the hearing to a telephonic or video hearing,

1

in light of inclement weather that is expected to make it difficult or impossible for undersigned counsel for Defendants to travel for the hearing. This request is made in good faith and with good cause.

1. On January 23, 2026, this Court directed the parties to confer "with the goal of negotiating a more practical timeframe for recertification and other details of the process." ECF No. 53. Counsel for the parties held a video conference earlier today, January 24, 2026, to discuss the items mentioned in this Court's order, and expect to continue discussions during the weekend. The Court also set a tentative hearing on Plaintiff's Motion for Preliminary Injunction for 9:00 am on Wednesday, January 28, 2026. *Id.*

2. Counsel for the Defendants who would be participating in that hearing is based in the Washington, D.C. area and would need to fly to Colorado to participate in this hearing.

3. The Washington D.C. area, along with much of the eastern part of the United States, is currently under a Winter Storm Warning, and a significant snow and ice storm is expected to begin Saturday evening and run into at least Monday. At least 12,000 flights have already been cancelled,[1] and that number is likely to increase as the storm begins. The Federal Government has already announced that offices in the Washington D.C. area will be closed on Monday, January 26, 2026.[2]

4. In light of this storm, it will likely be highly difficult, if not impossible, for undersigned counsel to be able to safely and reliably travel to Colorado for Wednesday's hearing.

5. Defendants, therefore, respectfully request that this Court convert the hearing

---

[1] *Almost 12,000 flights canceled as major winter storm bears down across much of the US*, Associated Press (Jan. 24, 2026), https://apnews.com/article/storm-texas-oklahoma-ice-snow-a94c9d155615333a50e174a4d7d54fc1

[2] OPM Current Status (Jan. 24, 2026), https://www.opm.gov/policy-data-oversight/snow-dismissal-procedures/current-status/

tentatively scheduled for Wednesday, January 28, 2026 to a telephonic or video hearings.

6.  Undersigned counsel certifies pursuant to D.C.COLO.LCivR 7.1(a) that counsel for Defendants conferred regarding the relief sought in this motion with counsel for Plaintiff, and counsel for Plaintiff stated that Plaintiff does not oppose this request.

Dated: January 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

s/ Tyler J. Becker
*Tyler J. Becker*
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-4052
Email: tyler.becker@usdoj.gov

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

MARIANNE KIES
Trial Attorney
Federal Programs Branch

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on January 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to counsel of record.

s/ Tyler J. Becker
U.S. Department of Justice