# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

## JOINT NOTICE

    Pursuant to the Court's January 23, 2026 Order, Dkt. 53, the parties respectfully submit this joint notice. The parties held a video conferral on January 24, 2026 with meaningful

discussion and additional follow-up through the weekend and into Monday morning. The parties were unable to reach agreement.

The parties further alert the Court that, in light of the winter storm affecting the East Coast, they are amenable to moving the scheduled preliminary injunction hearing to next week to allow an in-person hearing if the Court prefers.

Dated January 26, 2026                                                  Respectfully submitted,

| | |
|---|---|
| **PHILIP J. WEISER** <br> Attorney General of Colorado | **BRETT A. SHUMATE** <br> Assistant Attorney General |
| By:/s/ David Moskowitz <br> David Moskowitz <br> *Deputy Solicitor General* <br> Talia Kraemer <br> *Assistant Solicitor General* <br> Sarah H. Weiss <br> *Sr. Assistant Attorney General* <br> 1300 Broadway, 10th Floor <br> Denver, CO 80203 <br> (720) 508-6000 <br> David.Moskowitz@coag.gov <br><br> *Attorneys for Plaintiff* | /s/ Tyler J. Becker <br> *Tyler J. Becker* <br> Counsel to the Assistant Attorney General <br> U.S. Department of Justice, Civil Division <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br> Tel.: (202) 514-4052 <br> Email: tyler.becker@usdoj.gov <br><br> JOSEPH E. BORSON <br> Assistant Branch Director <br> Federal Programs Branch <br><br> MARIANNE KIES <br> Trial Attorney <br> Federal Programs Branch <br><br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David Moskowitz
*Deputy Solicitor General*