**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR PAGE EXTENSION**

Pursuant to D.C.COLO.LCivR 7.1, as well as the Practice Standards of this Court, the State of Colorado respectfully requests an extension of the Court's standard page limitation and

1

requests permission to file an 18-page reply in support of its motion for preliminary injunction. The parties conferred prior to filing, and Defendants do not oppose the requested relief. Good cause supports Plaintiff's request:

1. The preliminary injunction motion pertains to the U.S. Department of Agriculture's ("USDA") directive requiring Colorado to participate in a "pilot project" to recertify the eligibility of more than 100,000 Colorado households receiving Supplemental Nutrition Assistance Program ("SNAP") benefits on a 30-day timeframe. The USDA directive states that failure to comply as specified will trigger noncompliance sanctions, including threatening to remove Colorado from the SNAP program.

2. Colorado's preliminary injunction motion argues that the USDA's directive unlawfully singles out Colorado, violates at least three procedural requirements, is contrary to law for at least five reasons, is arbitrary and capricious, and violates the Spending Clause.

3. The Court previously recognized the "substantial factual and legal issues involved" with the motion and allowed both Colorado and USDA to file 25-page briefs. Dkt. 45.

4. Having reviewed USDA's response and drafted arguments in response, Colorado respectfully requests to file an 18-page reply brief. Colorado remains cognizant of the Court's desire that briefing be focused and concise. It has attempted to shorten the brief as much as possible, but these additional pages are necessary to respond to USDA's arguments on these complex issues.

5. For context, approximately a week ago, a district court in Minnesota issued a 50-page decision granting a preliminary injunction concerning an identical "pilot project" USDA imposed on Minnesota. *See* Attachment. The district court found numerous grounds of illegality

but did not reach all the issues raised in Colorado's motion. Colorado submits that this further supports the reasonableness of its requested page extension.

6.  Defendants do not object to the requested relief.

7.  Having shown good cause, Colorado respectfully requests an order by the Court granting permission to file an 18-page reply brief in support of its motion for preliminary injunction (inclusive of signature block and caption).

Dated January 26, 2026                               Respectfully submitted,

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ David Moskowitz
David Moskowitz, *Deputy Solicitor General*
Talia Kraemer, *Assistant Solicitor General*
Sarah H. Weiss, *Sr. Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David Moskowitz
*Deputy Solicitor General*