# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

---

## PLAINTIFF'S MOTION FOR RECONSIDERATION

---

Pursuant to Federal Rule of Civil Procedure 54(b), as well as the Practice Standards of this Court, the State of Colorado respectfully seeks reconsideration of the order denying a page

1

extension. Dkt. 56. After conferral, Defendants take no position and will not file a response. Good cause supports Plaintiff's request:

1. USDA's response raises numerous new factual and legal issues that Colorado did not anticipate, and which were not raised in the closely related Minnesota case, including ripeness and other defenses. USDA also relies heavily on a declaration containing factual claims that were not raised in Minnesota.

2. The motion for preliminary injunction is highly likely to be appealed regardless of how the Court rules. The Tenth Circuit has emphasized that parties must preserve their record for appeal and risk waiving any argument that is not fully developed in the district court. *See, e.g.*, *Bailey v. Beale*, No. 23-7083, 2025 WL 1662004, at *4 n.6 (10th Cir. June 12, 2025) (citations omitted) (reminding litigants that arguments are waived when "raised in an underdeveloped and perfunctory manner before the district court").

3. Under the Court's Practice Standard, the case caption, signature block, and certificate of service are all included in the page count. In this matter, that leaves approximately 3.5 pages of substantive text for reply. Colorado respectfully submits that there is no possible way to adequately respond and preserve the record within this limitation.

4. The stakes are extremely high. Colorado respectfully asks the Court to reconsider its denial of a page extension. Undersigned counsel worked through the weekend to cut this brief down as much as possible without compromising their duty to preserve the record.[1] As a show of

---

[1] Undersigned counsel also diligently prepared a detailed proposal for USDA consistent with the Court's order (Dkt. 53). Despite good-faith conferral and follow-up, the parties are not remotely close, and Colorado cannot agree to participate in a pilot project that it has no feasible way to complete under threat of severe sanctions.

good faith, Colorado attaches here a draft of the brief for the Court's review. Colorado respectfully asks the Court to reconsider denying the page extension.

5. Undersigned counsel have practiced in this district collectively for decades. We have great respect for the Court's time and judgment and understand its normal page limits. We do not file this reconsideration motion lightly. But in these circumstances, we believe that we have a professional responsibility to our client, the State of Colorado and its citizens, to seek this relief.

6. Having shown good cause, Colorado respectfully requests an order by the Court granting permission to file an 18-page reply brief in support of its motion for preliminary injunction (inclusive of signature block and caption), or such other alternative that would allow it to preserve its record.

Dated January 26, 2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ David Moskowitz
David Moskowitz, *Deputy Solicitor General*
Talia Kraemer, *Assistant Solicitor General*
Sarah H. Weiss, *Sr. Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David Moskowitz
*Deputy Solicitor General*