Case No. 1:25-cv-03428-RBJ   Document 61-2   filed 01/27/26   USDC Colorado   pg
1 of 2
CASE 0:25-cv-04767-LMP-JFD   Doc. 40-1   Filed 01/15/26   Page 2 of 3

*Secretary Brooke L. Rollins*

Washington, D.C. 20250

January 14, 2026

THE HONORABLE TIM WALZ
*Governor of Minnesota*
*130 State Capitol*
*75 Rev Dr. Martin Luther King Jr. Blvd*
*St. Paul, MN 55155*

Dear Governor Walz,

As allegations regarding the highly publicized, substantial, and ongoing fraud concerning Federally funded benefit programs in the State of Minnesota continue to mount, the United States Department of Agriculture's (USDA) Food and Nutrition Service (FNS) will take additional, immediate steps to protect American taxpayer dollars. FNS regularly analyzes all available data, including data received from States, in its efforts to eliminate fraud. Though Minnesota has not provided FNS with requested State-level data, FNS has undertaken a review of available reporting, data, and other open-source information to assess fraud indicia related to the Supplemental Nutrition Assistance Program (SNAP). This review's findings will inform prompt action under a new pilot project, which the Secretary establishes pursuant to 7 U.S.C. 2026(b)(1)(A). This pilot project aims to improve program administration by States, increase the efficiency of SNAP, address deficiencies in program integrity, and enhance the delivery of SNAP benefits to eligible households.

Under 7 U.S.C. 2020(g), upon finding "a pattern of lack of compliance by a State agency," the Secretary "shall…withhold from the State" the Federal government's share of the State's administrative costs. Minnesota's persistent and public indifference to ongoing fraud and an unwillingness to comply with safeguards against fraud constitute a pattern for purposes of 7 U.S.C. 2020(g). In previous, less severe instances of noncompliance, States typically have a longer opportunity for corrective action after formal notice and an administrative process to contest a suspension of payments for administrative costs. However, pursuant to the Secretary's authority in 7 U.S.C. 2026(b)(1)(A), and with particular attention to the policy objective codified in 7 U.S.C. 2020(g), this pilot project modifies these administrative procedures to accelerate corrective action and more promptly address the significant fraud concerns in Minnesota, as well as to improve the integrity, efficiency, and delivery of SNAP to eligible households. The Secretary evaluated and will continue to evaluate all available information to determine if States' administration of SNAP exhibits "a pattern of lack of compliance" and thereby merits similarly accelerated corrective action.

Case No. 1:25-cv-03428-RBJ   Document 61-2   filed 01/27/26   USDC Colorado   pg
2 of 2
CASE 0:25-cv-04767-LMP-JFD   Doc. 40-1   Filed 01/15/26   Page 3 of 3   Page 2 of 2

Here, the Secretary determines such a pattern exists, and consequently, FNS immediately withholds the Federal government's portion of Minnesota's administrative costs for the first quarter of calendar year 2026 and concurrently seeks immediate corrective action.
If you or your staff have any questions, please have your staff contact the FNS Governmental Affairs Team at fnsgovaffairs@usda.gov.

Sincerely,

*[signature]*

Brooke L. Rollins
Secretary of Agriculture

2