```
 1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF MINNESOTA
 2
     -----------------------------------------------------------
 3                                     )
     State of Minnesota, by and        )  File No. 25-cv-4767
 4   through its Attorney General,     )        (LMP-JFD)
     Keith Ellison,                    )
 5                                     )  Courtroom 3A
              Plaintiff,               )  St. Paul, Minnesota
 6                                     )  January 14, 2026
     vs.                               )  2:10 p.m.
 7                                     )
     United States Department of       )
 8   Agriculture and Brooke            )
     Rollins, Secretary of the U.S.
 9   Department of Agriculture,

10            Defendant.
     -----------------------------------------------------------
11

12

13

14
                BEFORE THE HONORABLE LAURA M. PROVINZINO
15                UNITED STATES DISTRICT COURT JUDGE
                         (CIVIL MOTION HEARING)
16

17

18

19

20
         Proceedings reported by certified stenographer;
21   transcript produced with computer.

22

23

24

25
```

LYNNE M. KRENZ, RMR, CRR, CRC
(651) 848-1226

```
 1    APPEARANCES

 2      For the Plaintiff:        Minnesota Attorney General's
                                   Office
 3                                 Joseph Richie, ESQ.
                                   Lindsey Middlecamp, ESQ.
 4                                 445 Minnesota Street
                                   Suite 1800
 5                                 St. Paul, MN 55101-2134

 6      For the Defendant:        DOJ-United States Attorney's
                                   Office
 7                                 Adine Momoh, ESQ.
                                   300 South 4th Street
 8                                 Suite 600
                                   Minneapolis, MN 55415
 9
                                   USDA Office of the General
10                                 Counsel
                                   Office of the General Counsel
11                                 Brian Mizoguchi, ESQ.
                                   1400 Independence Avenue S.W.
12                                 Suite 107-W
                                   Washington, DC 20250
13
        Court Reporter:           Lynne M. Krenz, RMR, CRR, CRC
14                                 United States Courthouse
                                   Suite 146
15                                 316 North Robert Street
                                   St. Paul, Minnesota 55101
16

17

18

19

20

21

22

23

24

25
```

1  some kind of greater laxity or leniency in administering the
2  program and they will request that pilots be done, and when
3  that happens, this section requires the Secretary to respond
4  to those requests, it doesn't cabin the Secretary's
5  authority.
6          THE COURT: Okay. I guess we're reading the
7  statute differently.
8          Has there ever been a pilot project like this
9  where it has been unilaterally imposed on a state or a
10 county or cohort of states or counties but not one that was
11 mutually entered into?
12         MR. MIZOGUCHI: I can't say I recall, but I
13 haven't been around forever, so. But I can't identify one
14 for the Court today.
15         THE COURT: Okay. Great. Thanks for that. All
16 right.
17         This recertification letter. I read it to be a
18 final agency action. I think we're all operating on that
19 assumption. You didn't respond to that, so I'm assuming
20 you're conceding that.
21         Is that a fair assumption here?
22         MR. MIZOGUCHI: That's fair, Your Honor.
23         THE COURT: Okay. So I guess I am focused, I
24 think, principally on Minnesota's arguments about this pilot
25 project being arbitrary, capricious and an abuse of