IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE, DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE, and
NATIONAL SCIENCE FOUNDATION,

    Defendants.

## NOTICE TO COURT

In preparing for tomorrow's hearing, counsel for Defendants became aware of an additional fact that rendered a statement in the Corley Declaration incomplete. The declaration stated that Douglas County—one of the counties subject to USDA's pilot—had voluntary proposed a 90-day extension to the pilot. ECF No. 52-1 ¶¶ 40-42. At the time the declaration was submitted, the

1

declarant was unaware that Douglas County had changed its request for an extension from 90 days to until July 31, 2026, in part to "obtain cooperation from the state." Supp. Decl. of Shiela Corley, Ex. 1 at 2. A supplemental declaration and exhibit are attached.

Dated: January 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

s/ Tyler J. Becker
***Tyler J. Becker***
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-4052
Email: tyler.becker@usdoj.gov

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

MARIANNE KIES
Trial Attorney
Federal Programs Branch

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on January 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to counsel of record.

s/ Tyler J. Becker
U.S. Department of Justice