**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

    Defendants.

---

**SUPPLEMENTAL DECLARATION OF SHIELA CORLEY**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

Pursuant to 28 U.S.C. § 1746, I, Shiela Corley, declare:

    1.    I am the Chief of Staff to the Deputy Under Secretary for the Food, Nutrition, and Consumer Services ("FNCS") mission area, which is a component of the United States Department of Agriculture ("USDA"). I have served in this position since February 2025 and have worked for FNCS since 2018. I have worked for USDA in various capacities since 1995.

    2.    In my capacity as Chief of Staff, I provide guidance and support to USDA senior leadership on matters pertaining to the administration of sixteen domestic nutrition and food security programs and the promotion of the Dietary Guidelines for Americans.

    3.  In my capacity as Chief of Staff, I also supervise the Senior Policy Advisor for Integrity at USDA, who provides guidance and support to USDA senior leadership on matters pertaining to the integrity of the sixteen domestic nutrition and food security programs administered by FNCS.

1

4. I make the statements herein based on personal knowledge, as well as on information I acquired while performing my official duties and discussions with USDA employees who are familiar with the facts at issue in this litigation.

**Update Re: Colorado County Responses to December 17, 2025 Pilot**

5. My January 22, 2025 declaration in this matter reported upon, among other things, USDA's receipt of contacts on behalf of two of the Colorado counties included in the pilot project—Douglas and Adams—seeking to discuss implementing the recertification pilot with waivers of requirements and on an alternative but still accelerated timeline. The County Attorney for Douglas County wrote to FNS, on January 7, 2026, stating:

> [In] our efforts to become compliant with the SNAP recertification pilot project, as is the practice in other USDA pilot programs, we would like a written waiver of the federal regulations necessary to perform the county's functions in the pilot project. In addition, Douglas County is also requesting a 90-days extension to complete the recertification process in conformance with the pilot program.

See Exh. 1(email correspondence between Douglas County and USDA).

6. USDA invited these counties to submit proposals detailing what waivers and time they would need to complete the recertification pilot.

7. As I previously reported, one of those counties—Adams—reversed its earlier cooperative approach and informed USDA it was not agreeing to comply with the pilot.

8. On January 21, 2026, the other county that had offered to comply with the pilot—Douglas—informed USDA in relevant part that:

> Douglas County wishes to participate and comply with the SNAP pilot program. Douglas County is proposing the following for the USDAs approval: Extension in Time to complete – Douglas County is requesting

2

the deadline to complete recertification of qualified recipients in the County be extended to July 31, 2026. The extension is required to obtain cooperation from the state, and due to limitations in existing technology. See Exh. 1.

9. Although the December 17 pilot calling for accelerated recertification specified a deadline of January 17, 2026, and Douglas County originally proposed on January 7 to complete the pilot with a 90-day extension, its January 21 proposal reversed course and proposed to take seven and one-half months.

10. When I submitted my declaration in support of Defendants' opposition to Plaintiffs' preliminary injunction motion on January 22, 2026, I was unaware of the latest email from Douglas County's attorney. Although the latest email from Douglas County was forwarded to me on January 21, 2026, I do not recall reading or discussing it until January 23, 2026.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

On this 27th day of January 2026, in Alexandria, Virginia.

*SHIELA CORLEY* (Digitally signed by SHIELA CORLEY Date: 2026.01.27 19:02:36 -05'00')
Shiela Corley
Chief of Staff

# Exhibit 1

| | |
|---|---|
| **From:** | Jeffrey Garcia |
| **To:** | Brand, Gina - FNS; FNS Governmental Affairs Mailbox |
| **Subject:** | RE: SNAP Pilot Waiver |
| **Date:** | Thursday, January 22, 2026 1:03:54 PM |
| **Attachments:** | image001.png |

Thank you

***Jeffrey A. Garcia, Esq.***
County Attorney
100 Third Street | Castle Rock | CO 80104
303-660-7357
jgarcia@douglas.co.us



---

**From:** Brand, Gina - FNS <gina.brand@usda.gov>
**Sent:** Thursday, January 22, 2026 11:03 AM
**To:** Jeffrey Garcia <jgarcia@douglas.co.us>; FNS Governmental Affairs Mailbox <SM.fn.GovtAffairs@usda.gov>
**Subject:** RE: SNAP Pilot Waiver

> **Caution:** This email originated outside the organization. Be cautious with links and attachments.

Hi Jeff,
Acknowledging receipt of the proposal for review.

Thank you!
gina

---

**From:** Jeffrey Garcia <jgarcia@douglas.co.us>
**Sent:** Wednesday, January 21, 2026 11:17 AM
**To:** FNS Governmental Affairs Mailbox <SM.fn.GovtAffairs@usda.gov>
**Cc:** Brand, Gina - FNS <gina.brand@usda.gov>
**Subject:** RE: SNAP Pilot Waiver

Gina,

Thank you for taking the time to discuss Douglas County's request for an extension of time and waiver of applicable federal regulations to allow compliance with the SNAP pilot program.

Douglas County wishes to participate and comply with the SNAP pilot program.

Douglas County is proposing the following for the USDAs approval:

<u>Extension in Time to complete</u> –

Douglas County is requesting the deadline to complete recertification of qualified recipients in the County be extended to July 31, 2026. The extension is required to obtain cooperation from the state, and due to limitations in existing technology.

<u>Waiver of Applicable Federal Regulations</u> –

There are several existing federal regulations which conflict with the direction provided in the SNAP pilot program. The SNAP pilot project does not explicitly waive those regulations. In seeking to comply with all applicable federal regulations and the SNAP pilot program, Douglas County requests waiver of:

- Those federal regulations identified the Colorado Department of Human Services as prohibiting compliance -
    - 7 CFR 271.2, which relates to application form design approval
    - 7 CFR 273.2(e)(1), which prohibits requiring households to report for an in-office interview during certification period;
    - 7 CFR 273.10(f) - regulations related to calculating a certification period:
    - 7 CFR 273.14(B)(1)(I), which requires at least one month notice before recertification;
    - 7 CFR 273.14(c)(1), which requires households have 15 days from the date the notice is received to timely apply for recertification;
    - Volume 4, 4.209(b), which requires recertification packets to be mailed 60 days prior;
    - Volume 4, 4.208.1, which creates the certification periods for SNAP
    - Volume 4, 4.901D, which requires a county to receive approval from the state department prior to using any county-developed forms in the administration of SNAP;
    - Volume 4, 4.707, which requires that county offices shall update and maintain eligibility for SNAP benefits in the automated system (CBMS).

- Any additional federal regulations the USDA identifies as being affected by the SNAP pilot program;

- Any federal regulation waived for any other participant county;

- Any violation of a federal regulation for Douglas County's strict compliance with the SNAP pilot program; and

- Douglas County's strict compliance with the SNAP pilot program shall not be considered to negatively impact timeliness and accuracy performance measures to include APT, RPT, and PER.

Please provide agreement to the County's proposal in writing.

Douglas County looks forward to working to ensure benefits are received by qualified SNAP recipients.

*Jeffrey A. Garcia, Esq.*
County Attorney
100 Third Street | Castle Rock | CO 80104
303-660-7357
jgarcia@douglas.co.us



---

**From:** Jeffrey Garcia
**Sent:** Friday, January 16, 2026 12:37 PM
**To:** 'Fnsgovaffairs@usda.gov' <Fnsgovaffairs@usda.gov>
**Cc:** 'gina.brand@usda.gov' <gina.brand@usda.gov>
**Subject:** RE: SNAP Pilot Waiver

Gina,

Thank you for taking the time to discuss submitting a proposal for waiver of federal regulations and an extension of time to comply with the SNAP pilot program.

Douglas County is compiling the regulations it will need waived and an accessing the timeline necessary to comply given technical limitations and obtaining access to state reporting systems.

I will send you a Proposal to this e-mail chain when I have completed draft.

Thank you so much,
***Jeffrey A. Garcia, Esq.***
County Attorney
100 Third Street | Castle Rock | CO 80104
303-660-7357
jgarcia@douglas.co.us



---

**From:** Jeffrey Garcia
**Sent:** Wednesday, January 7, 2026 10:04 AM
**To:** 'Fnsgovaffairs@usda.gov' <Fnsgovaffairs@usda.gov>
**Cc:** 'gina.brand@usda.gov' <gina.brand@usda.gov>
**Subject:** SNAP Pilot Waiver

USDA,

My name is Jeff Garcia. I am the county attorney for Douglas County, Colorado.

In our efforts to become compliant with the SNAP recertification pilot project, as is the practice in other USDA pilot programs, we would like a written waiver of the federal regulations necessary to perform the county's functions in the pilot project.

In addition, Douglas County is also requesting a 90-days extension to complete the recertification process in conformance with the pilot program.

Please do not hesitate to contact me, if you can provide any assistance.

Thank you,
***Jeffrey A. Garcia, Esq.***
County Attorney
100 Third Street | Castle Rock | CO 80104
303-660-7357
jgarcia@douglas.co.us



This electronic message contains information generated by the USDA solely for the

intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.