IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | | | |
|---|---|---|---|
| Civil Action: | 1:25-cv-03428-RBJ | Date: | January 28, 2026 |
| Courtroom Deputy: | Heidi L. Guerra | Court Reporter: | Kevin Carlin |

---

| *Parties* | *Counsel* |
|---|---|
| THE STATE OF COLORADO,<br><br>**Plaintiff,**<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br>PETE HEGSETH, in his official capacity as Secretary of Defense,<br>TROY MEINK, in his official capacity as Secretary of the Air Force,<br>SEAN P. DUFFY, in his official capacity as Secretary of Transportation,<br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br>CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br>DOUG BURGUM, in his official capacity as Secretary of the Interior,<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br>KAREN S. EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,<br>PAM BONDI, in her official capacity as Attorney General,<br>BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,<br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>DEPARTMENT OF DEFENSE,<br>DEPARTMENT OF THE AIR FORCE,<br>DEPARTMENT OF TRANSPORTATION,<br>DEPARTMENT OF AGRICULTURE,<br>DEPARTMENT OF ENERGY,<br>THE DEPARTMENT OF THE INTERIOR, | *Sarah H. Weiss*<br>*Talia Boxerman Kraemer*<br>*David Z. Moskowitz*<br><br><br><br>*Tyler J. Becker* (via VTC) |

DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT
AGENCY,
DEPARTMENT OF JUSTICE, and
NATIONAL SCIENCE FOUNDATION,

**Defendants**

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:01 a.m.

Appearance of counsel.

Statement by the Court.

Argument, given by Mr. Moskowitz for plaintiff, on Plaintiff's [46] Motion for Preliminary Injunction with questions from the Court.

Court in Recess: 10:06 a.m.
Court in Session: 10:21 a.m.

Argument, given by Mr. Becker for the defendants, on Plaintiff's [46] Motion for Preliminary Injunction with questions from the Court.

Rebuttal by Mr. Moskowitz for plaintiff, on Plaintiff's [46] Motion for Preliminary Injunction with questions from the Court.

**ORDERED:   Plaintiff's [46] Motion for Preliminary Injunction is GRANTED as stated on the record. Written order to follow.**

Court in Recess:  11:24 a.m.          Hearing concluded.          Total time in Court: 02:08