IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

    Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,

    Defendants.

**JOINT MOTION TO EXTEND TIME AND SET DEADLINES**

Pursuant to D.C.COLO.LCivR 6.1, as well as the Practice Standards of this Court, the parties jointly request to set March 27 as the deadline for all defendants to file a response to the

1

amended complaint and to set March 6 as the deadline for the parties to submit a joint status report concerning their positions regarding the production of the administrative record and discovery and any next steps in the litigation. Good cause supports the request:

1. Colorado initially filed this lawsuit on October 29, 2025.

2. The initial defendants moved for an extension of the deadline to file a response to the complaint until February 20, 2026. The Court granted that extension motion.

3. Colorado amended the complaint on January 8, 2026, in light of intervening events, and added various defendants. The deadline for the additional defendants to respond to the amended complaint is March 23, 2026.

4. In order to consolidate the response deadlines for the efficient management of the case, the parties ask the Court to extend the deadlines to a single deadline of March 27, 2026.

5. The parties also agree that the case should move forward expeditiously. *See, e.g.*, Fed. R. Civ. P. 16(b)(2) (providing that a scheduling order should issue "as soon as practicable" and "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared"). Accordingly, the parties propose that they submit a joint status report on or before March 6, 2026, regarding their positions about appropriate next steps in this case, including their views regarding the production of the administrative record and discovery and scheduling proposals.

6. Pursuant to D.C.COLO.LCivR 6.1, this is the second requested extension of time to respond to the complaint. Counsel will serve a copy of this motion contemporaneously on party representatives.

7. Having shown good cause, the parties respectfully request that the Court grant the motion and order that all defendants respond to the amended complaint on or before March 27, 2026, and that the parties file a joint status report on or before March 6, 2026, regarding their respective views on, *inter alia*, production of the administrative record and discovery and scheduling proposals.

Dated February 19, 2026

PHILIP J. WEISER
Attorney General of Colorado

By: */s/ David Moskowitz\**
David Moskowitz, *Deputy Solicitor General*
Talia Kraemer, *Assistant Solicitor General*
Sarah H. Weiss, *Sr. Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

*Counsel for Plaintiff*

*\*Signed via electronic permission*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division
Federal Programs Branch

*/s/ Marianne F. Kies*
MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Marianne F. Kies