**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

      Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR FOUR-DAY EXTENSION OF
TIME TO FILE DISCOVERY SCHEDULE**

---

Defendants respectfully request a four-day extension of time, until Monday, April 13, 2026, to file a discovery schedule with the Court. *See* Mar. 30, 2026, Minute Order. This is Defendants' first request for an extension of time to file the discovery schedule. The parties' discovery schedule is currently due Thursday, April 9, 2026. *See id.* If this motion is granted, the discovery schedule will instead be due on April 13, 2026. Undersigned counsel conferred about this motion with the Plaintiff, who indicated that Plaintiff does not oppose the relief requested.

Good cause exists to grant Defendants' request for an extension of time. The parties had a productive discussion regarding further case proceedings on Friday, April 3, 2026. The parties have scheduled another discussion for Thursday, April 9, 2026. However, Easter is upcoming this Sunday, April 5; Passover is ongoing until

Thursday, April 9; and undersigned counsel will be on leave from Monday, April 6 through Wednesday, April 8. Given the number of Agency Defendant parties in this case, and the complexity of issues raised in the anticipated discovery schedule, the additional time is requested to enable undersigned counsel to determine, *inter alia*, whether the parties will be able to agree on any stipulated facts; if so, whether and how any stipulated facts will affect the scope and timing of proposed extra-record discovery; and Defendants' positions on the remainder of Plaintiffs' scheduling proposals, such as the timing of production of Administrative Records.

Plaintiff will not be prejudiced by the requested extension. As noted, this motion is unopposed.

Accordingly, Defendants respectfully request that the Court grant Defendants' motion to extend the parties' deadline to file a discovery schedule by four calendar days, until Monday, April 13, 2026.

Pursuant to D.C.COLO.LCivR 6.1(c), this motion will contemporaneously be served on agency counsel.

Dated: April 3, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs
Branch

2

/s/ *Marianne F. Kies*
MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Pursuant to D.C.COLO.LCivR 6.1(c), I certify that a copy of the foregoing motion for extension of time will be served on agency counsel for the Defendant agencies.

*s/ Marianne F. Kies*
Marianne F. Kies
Trial Attorney
U.S. Department of Justice