**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. ___1:25-cv-03428_____

THE STATE OF COLORADO,

     Plaintiff(s),

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
PAM BONDI, in her official capacity as Attorney General,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE,
NATIONAL SCIENCE FOUNDATION,,

     Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

1

2

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Donald Trump

Pete Hegseth

Troy Meink

Sean Duffy

Brooke Rollins

Chris Wright .

Doug Burgum

Kristi Noem

Karen Evans

Pam Bondi

Brian Stone

Executive Office of the President.

Department of Defense

Department of the Air Force

Department of Transportation

Department of Agriculture

Department of Energy

Department of the Interior

Department of Homeland Security

Federal Emergency Management Agency

2

Department of Justice

National Science Foundation.

DATED at Denver, Colorado this  10th day of  April, 2026.

Alexander Severance

Name of Attorney

Department of Justice

Firm Name

1100 L. St. NW

Office Address

Washington, DC 20005

City, State, ZIP Code

202-598-3123

Telephone Number

Alexander.j.severance@usdoj.gov

Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

3

_____

_____

_____


                                        _s/ Alexander Severance_____


4