**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
NATIONAL SCIENCE FOUNDATION,

Defendants.

---

**STIPULATION REGARDING DEPARTMENT OF TRANSPORTATION AWARDS**

---

The parties jointly submit the following Stipulation regarding Department of Transportation awards:

1. On December 16, 2025, the Department of Transportation (DOT) announced that it was withdrawing approximately $109 million in transportation funding for Colorado, its instrumentalities and political subdivisions.

2. Consistent with that announcement, DOT withdrew five awards intended for Colorado, including approximately:

a. $8.3 million awarded to the Colorado Department of Transportation ("CDOT") under the Electric Vehicle Charger and Reliability and Accessibility Accelerator Program to repair 363 electric vehicle charging ports;

b. $66.4 million awarded to CDOT under the Consolidated Rail and Safety Improvements ("CRISI") Program to upgrade a major freight rail line running between Denver and Longmont, Colorado;

c. $11.7 million awarded to Colorado State University Pueblo, also under the CRISI Program, to conduct safety experiments and testing for rail vehicles powered by compressed hydrogen and renewable natural gas;

d. $10.7 million awarded to the City of Fort Collins, Colorado under the Rebuilding American Infrastructure with Sustainability and Equity and Better Utilizing Investments to Leverage Development programs to fund construction of a new Foothills Transit Station; and

e. $11.7 million awarded to the City of Fort Collins, Colorado under the Strengthening Mobility and Revolutionizing Transportation (SMART) Grants Program to fund a

demonstration of a smart grid electric vehicle charge management solution for the City.

3. The State of Colorado alleges that DOT unlawfully withdrew the funding identified above. *See* ECF 78, ¶ 210. Defendants deny that these withdrawals were unlawful.

4. To avoid the need for Plaintiff to seek preliminary relief preventing Defendants from reallocating the funds and to preserve the parties and the Court's resources, Defendants DOT and Duffy agree that DOT will not recompete the funds obligated for the five Colorado awards identified above during the pendency of the litigation.

Dated: June 1, 2026

Respectfully submitted,

PHILIP J. WEISER
Attorney General of Colorado

*/s/ David Moskowitz*
David Moskowitz
Deputy Solicitor General
Talia Kraemer
Assistant Solicitor General
Sarah H. Weiss
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov
talia.kraemer@coag.gov
sarah.weiss@coag.gov

Counsel for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division
Federal Programs Branch

*/s/ Marianne F. Kies*
MARIANNE F. KIES
Assistant Director
ALEXANDER SEVERANCE
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov
(202) 598-3123
Alexander.j.severance@usdoj.gov

Counsel for Defendants