**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

---

**DECLARATION OF MARIANNE F. KIES IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS**

---

1. I am an Assistant Branch Director with the U.S. Department of Justice and am counsel for Defendants in the above-captioned action.

2. The statements set forth in this Declaration are based on my personal knowledge and information provided to me in the course of my official duties.

3. Attached as **Exhibit 1** is a true and correct copy of the U.S. Department of Transportation's letters of withdrawal of four grant selections, at issue in the Second Amended Complaint, which were previously produced to Plaintiff with the Department's Administrative Record. *See* ECF 77-2 (Department of Transportation's Certification and Index); *see also* ECF 80 (Stipulation). They are Bates-stamped: DOT_AR000735, DOT_AR001210, DOT_AR001655, DOT_AR001727.

4. Attached as **Exhibit 2** is a true and correct copy of the U.S. Department of Transportation's letter of termination of grant agreement, at issue in the Second Amended Complaint, which was previously produced to Plaintiff with the Department's Administrative

Record. *See* ECF 77-2 (Department of Transportation's Certification and Index); *see also* ECF 80 (Stipulation). It is Bates-stamped: DOT_AR0001258 to DOT_AR001259.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2026

In Falls Church, Virginia

*/s/ Marianne F. Kies*
Marianne F. Kies
Assistant Branch Director
Department of Justice