# EXHIBIT 1

# DEPARTMENT OF TRANSPORTATION'S

# WITHDRAWAL LETTERS

U.S. Department
of Transportation

**Federal Railroad
Administration**

1200 New Jersey Avenue, SE
Washington, DC 20590

December 16, 2025

Colorado Department of Transportation
2829 W. Howard Place
Denver, Colorado 80204-2305

Dear Recipient:

I am writing to notify you that the U.S. Department of Transportation has decided to withdraw the previously announced **Modernizing the Rail on the Front Range** grant for **Colorado Department of Transportation** selected under the Fiscal Year (FY) 2023–2024 Consolidated Rail Infrastructure and Safety Improvements (CRISI) Program. After further review of this announced but unobligated grant, the Secretary has determined that this project does not align with the current Administration's priorities. The Department intends to recompete the funds previously identified for the withdrawn grant selection.

Thanks for your interest in the Department's programs, and we welcome you to apply for future available grant funding.

Sincerely,

Drew Feeley
Deputy Administrator

U.S. Department of Transportation

**Federal Railroad Administration**

1200 New Jersey Avenue, SE
Washington, DC 20590

December 16, 2025

Colorado State University, Pueblo
2200 Bonforte Blvd
Pueblo, CO 81003-4901

Dear Recipient:

I am writing to notify you that the U.S. Department of Transportation has decided to withdraw the previously announced **Safety Assessment, Testing, and Workforce Development for Hydrogen/Natural Gas Motive Power** grant for **Colorado State University, Pueblo** selected under the Fiscal Year (FY) 2023–2024 Consolidated Rail Infrastructure and Safety Improvements (CRISI) Program. After further review of this announced but unobligated grant, the Secretary has determined that this project does not align with the current Administration's priorities. The Department intends to recompete the funds previously identified for the withdrawn grant selection.

Thanks for your interest in the Department's programs, and we welcome you to apply for future available grant funding.

Sincerely,

Drew Feeley
Deputy Administrator

**U.S. Department of Transportation**

Office of the Secretary of Transportation

Deputy Assistant Secretary for Policy

1200 New Jersey Avenue SE
Washington, DC 20590

December 16, 2025

Travis Storin
Chief Financial Officer
300 Laporte Ave
Fort Collins, Colorado 80521

I am writing to notify you that the U.S. Department of Transportation has decided to withdraw the previously announced **FY 2023 RAISE** grant for the **Foothills Transit Station and Roundabout** project. After further review of this announced but unobligated grant, the Secretary has determined that this project does not align with the current Administration's priorities. To the extent funds remain available for the relevant grant program, the Department intends to recompete the funds previously identified for the withdrawn grant selection.

Thanks for your interest in the Department's programs and we welcome you to apply for future available grant funding.

Office of the Secretary

**US Department of Transportation**
**Office of the Assistant Secretary for Research & Technology**
1200 New Jersey Avenue, SE.
Washington, DC 20590

December 16, 2025

City of Fort Collins
300 Laporte Ave
Fort Collins, CO 80521-2719

Dear Recipient:

I am writing to notify you that the U.S. Department of Transportation has decided to withdraw the previously announced **USDOT Strengthening Mobility and Revolutionizing Transportation (SMART) Grants Stage 2** grant for **Fort Collins, CO project entitled "SPARC-FLEET 2030: Smart Power and Resilient Charging for Fleet Electrification and Emissions Targets by 2030."**

After further review of this announced but unobligated grant, the Secretary has determined that this project does not align with the current Administration's priorities**.**

Thanks for your interest in the Department's programs and we welcome you to apply for future available grant funding.

**The SMART Program Office.**