# EXHIBIT 2

# DEPARTMENT OF TRANSPORTATION'S

# TERMINATION LETTER

U.S. Department of Transportation
Federal Highway Administration

1200 New Jersey Ave., SE
Washington, D.C. 20590

December 18, 2025

Ms. Shoshana M. Lew
Executive Director
Colorado Department of Transportation
2829 W. Howard Place
Denver, Colorado 80204-2305

Dear Ms. Lew:

This letter provides notice that the Federal Highway Administration (FHWA) is terminating the Colorado Department of Transportation (CDOT) **National Electric Vehicle Infrastructure (NEVI) (10% set-aside)** grant for the **Colorado EVCRAA Program Implementation (Project Number: SW03420)**, effective immediately. FHWA is doing so in accordance with the applicable terms and conditions of the grant agreement (signed on August 15, 2024) and applicable regulations. FHWA is also withdrawing its selection of this award under the EVCRAA competitive grant program.

At the time the grant was issued, the grant agreement and applicable regulations authorized termination by "the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities." 2 CFR § 200.340(a)(2) (2024) and Section 10.1 of the Terms and Conditions. FHWA has determined that your grant is inconsistent with FHWA's priorities. Because the aforementioned grant "no longer effectuates … agency priorities", FHWA is terminating the grant.

In addition, we note that none of the funds for this award have been obligated. The relevant project agreement in the FHWA's Fiscal Management Information System (FMIS), executed on September 20, 2024, authorizes these funds under Advance Construction (AC) authority pursuant to 23 U.S.C. § 115. Under AC authority, States are authorized to move forward with an eligible project in accordance with all applicable procedures and requirements except those requirements applicable to an obligation of funds. For purposes of this termination, FHWA will allow CDOT the option of converting a limited amount these funds to reimburse the Federal share of any eligible costs that have been incurred to date. However, because CDOT has not complied with its obligations under the National Environmental Policy Act (NEPA) for this project, any such costs shall be limited to planning, preliminary engineering, environmental compliance and other eligibility activities that may occur prior to the completion of NEPA. See 23 CFR §§ 680.118 and 771.113(a). Any costs incurred by CDOT after the date of this termination are not allowable. With the termination of the grant agreement and withdrawal of this award, FHWA is also cancelling the AC authorization for these specific funds.

You are encouraged to review and discharge your closeout responsibilities as set forth in 2 CFR §§ 200.344-46 and the grant agreement terms and conditions. Those responsibilities include, but are not limited to, your obligation to "refund any unobligated funds" that have been paid but "are not authorized to be retained." 2 CFR. § 200.344(e).

Sincerely,

Arlan Finfrock
Associate Administrator
for Administration