**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-3428-RBJ

**THE STATE OF COLORADO**,

       *Plaintiff*,

v.

**DONALD J. TRUMP, et al.**,

       *Defendants.*

---

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF *AMICI CURIAE***

---

Before the Court is the motion of *amici curiae* California, Minnesota, New York, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia, for leave to file the brief of *amici curiae* in support of Plaintiff State of Colorado's opposition to Defendants' Partial Motion to Dismiss. *See* Dkt. Nos. 82, 89. There is good cause for granting the *amici*'s motion.

Having reviewed and considered the motion and the proposed brief, the Court concludes that *amici* States offer a unique perspective that will aid the Court in deciding Defendants' partial motion to dismiss. Moreover, the motion for leave to file the brief of *amici curiae* is unopposed. Accordingly, leave to file the proposed brief is **GRANTED.**

**IT IS SO ORDERED.**

_____
HON. R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE

2