**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-3428-RBJ

THE STATE OF COLORADO,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PETE HEGSETH, in his official capacity as Secretary of Defense,
TROY MEINK, in his official capacity as Secretary of the Air Force,
SEAN DUFFY, in his official capacity as Secretary of Transportation,
BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,
CHRIS WRIGHT, in his official capacity as Secretary of Energy,
DOUG BURGUM, in his official capacity as Secretary of the Interior,
MARKWAYNE MULLIN, in her official capacity as Secretary of Homeland Security,
KAREN EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
EXECUTIVE OFFICE OF THE PRESIDENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF THE AIR FORCE,
DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF AGRICULTURE,
DEPARTMENT OF ENERGY,
DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
NATIONAL SCIENCE FOUNDATION,

Defendants.

---

**JOINT MOTION FOR THE ENTRY OF A PROTECTIVE ORDER**

---

Pursuant to Fed. R. Civ. P. 26(c), the parties hereby move for the entry of a Protective Order regulating the use and disclosure of documents, materials, and information produced or exchanged in connection with litigating this case.

In support of this motion, the parties state as follows:

1. .As part of litigating this case, the parties may need to disclose certain information and documents that are confidential pursuant to Fed. R. Civ. P. 26(c)(1)(G). Examples of the categories of information the parties seek to protect include information that is protected by a statutory, regulatory, or common law right of privacy or protection, or that otherwise contains nonpublic personal, personnel, employment, private, medical, trade secret, financial, or other information implicating privacy interests, proprietary interests, or safety concerns of the Plaintiff, any of the Defendants, or any other nonparty.

2. To balance the need for disclosure with the need for confidentiality, the parties seek a protective order through this motion. *See Gillard v. Boulder Valley School Dist.,* 196 F.R.D. 382, 386 (D. Colo. 2000) (approving of protective orders where a party reviews material and designates information as confidential based on a good faith belief that the information is confidential or subject to protection). The parties' proposed Stipulated Protective Order is attached.

3. The Stipulated Protective Order permits the parties to designate as confidential documents and information in accord with the limitations described above, and permits either party to challenge any such designation, and requires the parties to confer in good faith as to such challenges prior to raising any related dispute with the Court. The Stipulated Protective Order will therefore minimize the necessity for judicial intervention in dealing with information and documents exchanged as the case progresses. *See Gillard,* 196 F.R.D. at 386 (observing that protective orders can "serve the interests of a just, speedy, and less expensive determination of

complex disputes by alleviating the need for and delay occasioned by extensive and repeated judicial intervention").

4. Pursuant to Fed. R. Civ. P. 26(c), the parties submit that the Stipulated Protective Order is necessary to protect the discovery and dissemination of confidential information, including sensitive or protected information.

5. Accordingly, the parties respectfully request that the Court enter the Stipulated Protective Order attached to this motion.

Dated July 30, 2026

PHILIP J. WEISER
Attorney General of Colorado

By: /s/ David Moskowitz____
David Moskowitz, *Deputy Solicitor General*
Talia Kraemer, *Assistant Solicitor General*
Sarah H. Weiss, *Sr. Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division
Federal Programs Branch

/s/ Marianne F. Kies___
MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819 Marianne.F.Kies@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David Moskowitz
Deputy Solicitor General