IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 25-cv-03428-RBJ | Date: August 11, 2026 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| THE STATE OF COLORADO,<br><br>**Plaintiff,** | *David Moskowitz*<br>*Reed Morgan*<br>*Sarah Weiss* |
| **v.** | |
| DONALD J. TRUMP, in his official capacity as President of the United States,<br>PETE HEGSETH, in his official capacity as Secretary of Defense,<br>TROY MEINK, in his official capacity as Secretary of the Air Force,<br>SEAN P. DUFFY, in his official capacity as Secretary of Transportation,<br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br>CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br>DOUG BURGUM, in his official capacity as Secretary of the Interior,<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br>KAREN S. EVANS, in her official capacity as Acting Director of the Federal Emergency Management Agency,<br>PAM BONDI, in her official capacity as Attorney General,<br>BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,<br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>DEPARTMENT OF DEFENSE,<br>DEPARTMENT OF THE AIR FORCE,<br>DEPARTMENT OF TRANSPORTATION,<br>DEPARTMENT OF AGRICULTURE, | *Adam Fox*<br>*Alexander Severance*<br>*Marianne Kies* |

DEPARTMENT OF ENERGY,
THE DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE, and
NATIONAL SCIENCE FOUNDATION,

**Defendants.**

---

## COURTROOM MINUTES

---

**DISCOVERY CONFERENCE**
**Court in Session: 10:01 a.m.**

Appearance of counsel – all counsel appear via VTC.

Preliminary remarks by the Court.

Discussion held on discovery disputes as outlined on the record.

**ORDERED:** 1) The Court finds that Defendant Executive Office of President, including its component Office of Management and Budget, are ordered to participate in discovery.

2) The Court finds that discovery including: federal actions or threats directed toward Colorado but not specifically cited in the complaint, is relevant to the scoping out the motive, scoping out the target, and scoping out the means that the administration has chosen to hurt Colorado.

The Court finds that discovery including: federal actions or threats toward other states bearing on whether Colorado was targeted for disparate treatment would be unduly burdensome, unless it is federal action or threats toward states that have been linked together with Colorado as targets.

3) The Court finds that Plaintiff's request for Interrogatory responses regarding oral communications (e.g., meetings, phone calls, etc.) or deleted written communications (e.g., Signal chats) related to the actions or threats against Colorado are not overly broad and Defendants shall provide responses to the related Interrogatories.

**Court in Recess: 11:34 a.m.** **Hearing concluded.** **Total time in Court: 01:33**