# Exhibit 1

Appointment

**From**: Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov]
**Sent**: 12/15/2025 2:43:16 AM
**To**: Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov]; Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov]; Hoyt, Joshua T. EOP/WHO [Joshua.T.Hoyt@who.eop.gov]; Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov]; Coe, Carl [carl.coe@hq.doe.gov]; Dankert, Charlie [charlie.dankert@hq.doe.gov]; rachel.oglesby@ed.gov; Meachum, Pete (OST) [charles.meachum@dot.gov]; McCormack, Ryan (OST) [ryan.mccormack@dot.gov]; Hughes, Andrew D [Andrew.Hughes@hud.gov]; Hanson, JoDee M [jodee_hanson@ios.doi.gov]; Wischer, Gregory D [gregory_wischer@ios.doi.gov]; Buller, Kailee - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f784248fa8b4ecdbb5beea12377680d-058983ed-18]; Tiller, Jennifer - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d1b7b64780504bdca4915f61070151dc-8c7da4bd-fa]; Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov]

**Subject**: Brainstorm Call
**Location**: WebEx

**Start**: 12/15/2025 2:30:00 PM
**End**: 12/15/2025 3:00:00 PM
**Show Time As**: Busy

**Recurrence**: (none)

The purpose of this call is to prioritize Colorado for the purposes of ensuring grants and federal support are in line with Administration priorities. Please come prepared to discuss immediate actions that your department or agency can take with respect to Colorado. Please do not forward this invitation or include others on the call without discussing with me first. Thank you.

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://pitc.webex.com/pitc/j.php?MTID=m47fb81739578714b49d188ca0c5ae74d

**Join by meeting number**
Meeting number (access code): 2822 009 7971
Meeting password: p3QsKuJh@82 (73775854 when dialing from a phone)

**Tap to join from a mobile device (attendees only)**
415-527-5035,,28220097971#73775854# United States Toll

Some mobile devices may ask attendees to enter a numeric password.

**Join by phone**
415-527-5035 United States Toll
Global call-in numbers

**Join from a video system or application**
Dial 28220097971@pitc.webex.com
You can also dial 207.182.190.20 and enter your meeting number.

If you are a host, click here and login site to view host information.

Need help? Go to https://help.webex.com