# Exhibit 2

**From:** Novak, Jeffrey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4A1429D3C2E4D17BE943EBEE747BF77-3F03A69B-FC]
**Sent:** 12/16/2025 6:28:27 PM
**To:** Novak, Jeffrey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c4a1429d3c2e4d17be943ebee747bf77-3f03a69b-fc]; Brown, G. Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=99d423aed15344ad848c21acca74c864-ff6c68f0-85]; Silverman, Spencer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ed4768171614490a53c4d38b4bcf7c4-6a107049-78]; Mapes, Thomas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d56ead31239a472aa7f98780cd17df01-6e0b7fd6-73]; Francone, Tina (Christina) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=76e2aac93dae47288a9cc36e3216bd4e-564bccb2-b7]; Kocher, Tim [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d0fba53bc3b74e5d8f2c7aa29e9ecc12-6a48a0e9-b0]; Young, James [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6cab42a3155b4080afed6d16943a41c3-ce7f35c5-dc]; Helmer, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e62ddc478084a94b7ae26a88b748459-e9c37dd7-78]; Cohen, Derek [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d99372fe67b40a48918a68c9f2944ef-df2c6f87-81]; Kokkinos, Angelos [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa435d88ea1540e9b91d0ac5c04888b7-01755b39-25]; Mahroum, Eric [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ffaa3d7a5d84a30bfd6ff11b93488df-f8b05925-7f]; Walsh, Tim [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1eeae00cc02d448f908b8ffd5c10bd5d-b54a9ecb-98]; Stetin, Alicia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=23c1a76dcaaf4670b7507836aea0cbfa-83785cae-10]; Burdick, Emily [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d332bf978f3407986635d2dec34d0ff-047b4be6-38]; Quigg, Emma [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=755b4a9fdbe14d5fb95337209941f3fb-9c46c2af-5a]; Tatulyan, Kevin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fca10eca74c3407bb4d63faecdd08fdd-180e9c9a-54]
**CC:** Fitzsimmons, Alexander [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94c384ddfe754d79887fd897bac19bd4-38df7147-e1]; Schnurr, Justin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7076d4e32c4e4673bee0f02a1b8f6e39-c069fcfd-c6]
**BCC:** CNF-GC-6A-245 [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ae6778c8f9642a9a84b7c216b4115d6-33df9126-09]

**Subject:** *MANDATORY PER WHITE HOUSE REQUEST - PLEASE COME TO GC'S FRONT OFFICE NOW* Portfolio Review Process
**Attachments:** DOE 12.15.25 - draft+deliberative+pre-decisional - (12-16-25 at 211pm).xlsx
**Location:** Eric J. Fygi Conference Room (6A-245); Microsoft Teams Meeting; CNF-GC-6A-245

**Start:** 12/16/2025 6:30:00 PM
**End:** 12/16/2025 7:00:00 PM
**Show Time As:** Tentative

**Importance:** High

**Required Attendees:** Brown, G. Michael; Silverman, Spencer; Mapes, Thomas; Francone, Tina (Christina); Kocher, Tim; Young, James; Helmer, Michael; Cohen, Derek; Kokkinos, Angelos; Mahroum, Eric; Walsh, Tim; Stetin, Alicia; Burdick, Emily; Quigg, Emma; Tatulyan, Kevin

**Optional Attendees:** Fitzsimmons, Alexander; Schnurr, Justin

***MANDATORY PER WHITE HOUSE REQUEST - PLEASE COME TO GC'S FRONT OFFICE NOW!!***

If you're not able to come "in-person" please join virtually!

Thank you,
Therese

---

---

All,

Per Jeff Novak's request, there's an **URGENT** need for a 30-min. meeting **TODAY, 12/16/25**, re: Portfolio Review Process

Required attendees:

- Michael Brown
- Emily Burdick or Kevin Tatulyan
- Emma Quigg
- Spencer Silverman, ARPAe
- Thomas Mapes, NE
- Tina Francone, GDO
- Tim Kocher, CESER
- James Young, OE
- Michael Helmer, EERE
- Derek Cohen, FE
- Angelos Kokkinos, MESC
- Eric Mahroum, SCEP
- Tim Walsh or Alicia Stetin, EM

After checking "scheduling assistant" – 5:00pm appears to be the *only* time that works best!

Thank you,
Therese

________________________________________________________________________________

**Microsoft Teams** Need help?

**Join the meeting now**

Meeting ID: 235 336 165 952 09

Passcode: Ci2mf3jg

---

**Dial in by phone**

+1 443-457-0649,,290708748# United States, Brooklyn Park

Find a local number

Phone conference ID: 290 708 748#

For organizers: Meeting options | Reset dial-in PIN

________________________________________________________________________________