# Exhibit 3

Message

**From:** Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov]
**Sent:** 12/17/2025 9:50:29 PM
**To:** Tiller, Jennifer - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d1b7b64780504bdca4915f61070151dc-8c7da4bd-fa]
**CC:** Buller, Kailee - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f784248fa8b4ecdbb5beea12377680d-058983ed-18]; Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov]; Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov]; Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov]; Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov]; Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov]
**Subject:** RE: CO

Thank you!!

---

**From:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
**Sent:** Wednesday, December 17, 2025 4:50 PM
**To:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO <Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>; Adolphsen, Sam G. EOP/WHO <Samuel.G.Adolphsen@who.eop.gov>; Jackson, Abigail T. EOP/WHO <Abigail.T.Jackson@who.eop.gov>; Rogers, Taylor R. EOP/WHO <Taylor.R.Rogers@who.eop.gov>
**Subject:** RE: CO

**Redacted**

---

**From:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Sent:** Wednesday, December 17, 2025 8:55 AM
**To:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO <Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>; Adolphsen, Sam G. EOP/WHO <Samuel.G.Adolphsen@who.eop.gov>; Jackson, Abigail T. EOP/WHO <Abigail.T.Jackson@who.eop.gov>; Rogers, Taylor R. EOP/WHO <Taylor.R.Rogers@who.eop.gov>
**Subject:** RE: CO

**Redacted**

---

**From:** Underwood, Emily A. EOP/WHO
**Sent:** Tuesday, December 16, 2025 3:14 PM
**To:** 'Tiller, Jennifer - OSEC, DC' <Jennifer.Tiller@usda.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO <Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>; Adolphsen, Sam G. EOP/WHO <Samuel.G.Adolphsen@who.eop.gov>; Jackson, Abigail T. EOP/WHO <Abigail.T.Jackson@who.eop.gov>; Rogers, Taylor R. EOP/WHO <Taylor.R.Rogers@who.eop.gov>
**Subject:** RE: CO

**Redacted**

---

**From:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
**Sent:** Tuesday, December 16, 2025 11:04 AM
**To:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO

<Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>; Adolphsen, Sam G. EOP/WHO <Samuel.G.Adolphsen@who.eop.gov>; Jackson, Abigail T. EOP/WHO <Abigail.T.Jackson@who.eop.gov>; Rogers, Taylor R. EOP/WHO <Taylor.R.Rogers@who.eop.gov>
**Subject:** RE: CO

Redacted

---

**From:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Sent:** Tuesday, December 16, 2025 8:54 AM
**To:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO <Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>; Adolphsen, Sam G. EOP/WHO <Samuel.G.Adolphsen@who.eop.gov>; Jackson, Abigail T. EOP/WHO <Abigail.T.Jackson@who.eop.gov>; Rogers, Taylor R. EOP/WHO <Taylor.R.Rogers@who.eop.gov>
**Subject:** RE: CO

Jenn,

Redacted

---

**From:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Sent:** Monday, December 15, 2025 5:47 PM
**To:** Tiller Jennifer OSEC DC <Jennifer.Tiller@usda.gov>
**Cc:** Buller Kailee OSEC DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO <Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>
**Subject:** Re: CO

Redacted

Sent from my iPhone

> On Dec 15, 2025, at 3:27 PM, Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov> wrote:
>
> Thanks Jennifer. Redacted
> Redacted
>
> ---
>
> **From:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
> **Sent:** Monday, December 15, 2025 12:11 PM
> **To:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
> **Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>
> **Subject:** CO
>
> DELIBERATIVE | PRE-DECISIONAL | CONFIDENTIAL
>
> Hi, Emily –
>
> Per discussion:

Redacted

Thanks –
Jennifer

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.