# Exhibit 4

| Prod_BEGDOC# | Prod_ENDDOC# | DOCDATE | Privilege Type | Privilege Description | Redaction | Confidentiality | To | FROM | CC | SUBJECT | FILENAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-USDA_0000055 | US-USDA_0000058 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000C038675B2DA90349BD3E9301F28B3C4704022000.MSG |
| US-USDA_0000065 | US-USDA_0000065 | 10/1/2025 | Presidential Communication | | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Fields, Jay EOP/WHO [Chester.J.Fields@who.eop.gov] | | Colorado | 00000000C038675B2DA90349BD3E9301F28B3C47C4022000.MSG |
| US-USDA_0000066 | US-USDA_0000066 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Redaction Applied | | Adolphsen, Sam G. EOP/WHO [samuel.g.adolphsen@who.eop.gov] | Tiller, Jennifer - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1B7B64780504BDCA4915F61070151DC-8C7DA4BD-FA] | | | 00000000C038675B2DA90349BD3E9301F28B3C4784002000.MSG |
| US-USDA_0000067 | US-USDA_0000067 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000068 | US-USDA_0000080 | 2/19/2026 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Slagell, Alison - OSEC, DC [Alison.Slagell@usda.gov];Carstens, Zachary R. EOP/WHO [Zachary.R.Carstens@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | | [REDACTED] | 00000000C038675B2DA90349BD3E9301F28B3C47A4012000.MSG |
| US-USDA_0000081 | US-USDA_0000083 | 4/3/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Whitney, Tyson - OCFO-OCFO [Tyson.Whitney@usda.gov] | Tiller, Jennifer - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1B7B64780504BDCA4915F61070151DC-8C7DA4BD-FA] | Walk, John - OHA-OJO, DC [John.Walk@usda.gov];Herche, Daniel - OCFO-OCFO [daniel.herche@usda.gov] | [REDACTED] | 00000000C038675B2DA90349BD3E9301F28B3C4744022000.MSG |
| US-USDA_0000110 | US-USDA_0000111 | 12/15/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Reflecting legal advice regarding the Minnesota Pilot Letter; Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Adolphsen, Sam G. EOP/WHO [samuel.g.adolphsen@who.eop.gov];Milner, Clark EOP/WHO [clark.milner@who.eop.gov];Wasserman, Daniel F. EOP/WHO [daniel.f.wasserman@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | FW: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864032000.MSG |
| US-USDA_0000112 | US-USDA_0000112 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000113 | US-USDA_0000113 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | | Withhold in Full | | | | | | MN Pilot Demand edits (DOJ).docx |
| US-USDA_0000120 | US-USDA_0000121 | 12/15/2025 | Presidential Communication | | Redaction Applied | | Underwood, Emily A. EOP/WHO [emily.a.underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07884012000.MSG |
| US-USDA_0000122 | US-USDA_0000122 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000125 | US-USDA_0000127 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07844012000.MSG |
| US-USDA_0000128 | US-USDA_0000129 | 12/17/2025 | Presidential Communication | | Redaction Applied | | Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Weeks, Audra - OC, DC [Audra.Weeks@usda.gov] | RE: Ready for Distribution, Pending Approval \|\| Signed CO Pilot Letter | 00000000E9F07E4C652D6C42A5E1C26DEB05E078C4012000.MSG |
| US-USDA_0000135 | US-USDA_0000137 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078C4032000.MSG |
| US-USDA_0000140 | US-USDA_0000142 | 12/16/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Reflecting legal advice regarding the Minnesota Pilot Letter; Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07804042000.MSG |
| US-USDA_0000143 | US-USDA_0000143 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | CO Pilot_FINAL.docx |
| US-USDA_0000144 | US-USDA_0000146 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07824042000.MSG |
| US-USDA_0000149 | US-USDA_0000152 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864042000.MSG |
| US-USDA_0000155 | US-USDA_0000156 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | 33, BLR - OSEC, DC [blr.33@usda.gov] | Buller, Kailee - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5F784248FA8B4ECDBB5BEEA12377680D-058983ED-18] | | FYI: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078C4002000.MSG |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-USDA_0000157 | US-USDA_0000157 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000158 | US-USDA_0000160 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Varsamis, Alec - OSEC, DC [Alec.Varsamis2@usda.gov];Weeks, Audra - OC, DC [Audra.Weeks@usda.gov];Johnson, Kendall - OC, DC [Kendall.Johnson@usda.gov] | Buller, Kailee - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5F784248FA8B4ECDBB5BEEA12377680D-058983ED-18] | | FW: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864022000.MSG |
| US-USDA_0000161 | US-USDA_0000163 | 12/16/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Reflecting legal advice regarding the Minnesota Pilot Letter; Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process | Redaction Applied | | 33, BLR - OSEC, DC [blr.33@usda.gov] | Buller, Kailee - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5F784248FA8B4ECDBB5BEEA12377680D-058983ED-18] | | FW: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07844032000.MSG |
| US-USDA_0000164 | US-USDA_0000164 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000165 | US-USDA_0000165 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | MN Pilot Demand edits (DOJ).docx |
| US-USDA_0000166 | US-USDA_0000168 | 12/16/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Reflecting legal advice regarding the Minnesota Pilot Letter; Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov] | Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07884002000.MSG |
| US-USDA_0000169 | US-USDA_0000170 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | Re: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864012000.MSG |
| US-USDA_0000171 | US-USDA_0000172 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078A4012000.MSG |
| US-USDA_0000178 | US-USDA_0000179 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07824022000.MSG |
| US-USDA_0000180 | US-USDA_0000181 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | 33, BLR - OSEC, DC [BLR.33@usda.gov] | | Re: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07884032000.MSG |
| US-USDA_0000182 | US-USDA_0000184 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07844042000.MSG |
| US-USDA_0000193 | US-USDA_0000195 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078E4042000.MSG |
| US-USDA_0000237 | US-USDA_0000239 | 12/17/2025 | Presidential Communication | | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov];Keel, Taylor - OSEC, DC [Taylor.Keel@usda.gov];Fletcher, Jasmine - FNS [Jasmine.Fletcher@usda.gov];Beatty, Shelly - FNS [shelly.beatty@usda.gov] | Corley, Shiela - FNS [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1228258BB7934BA1BEF7DEBDE9F6AC6B-CORLSH] | | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A7864032000.MSG |
| US-USDA_0000240 | US-USDA_0000242 | 12/17/2025 | Presidential Communication | | Redaction Applied | | Corley, Shiela - FNS [shiela.corley@usda.gov];Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov];Keel, Taylor - OSEC, DC [Taylor.Keel@usda.gov];Beatty, Shelly - FNS [shelly.beatty@usda.gov] | Fletcher, Jasmine - FNS [Jasmine.Fletcher@usda.gov] | | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A7844002000.MSG |
| US-USDA_0000260 | US-USDA_0000261 | 12/17/2025 | Presidential Communication | | Redaction Applied | | Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov];Keel, Taylor - OSEC, DC [Taylor.Keel@usda.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A7844022000.MSG |
| US-USDA_0000264 | US-USDA_0000265 | 12/17/2025 | Presidential Communication | | Redaction Applied | | Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Weeks, Audra - OC, DC [Audra.Weeks@usda.gov] | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A7884022000.MSG |

| Prod_BEGDOC# | Prod_ENDDOC# | DOCDATE | Privilege Type | Privilege Description | Redaction | Confidentiality | To | FROM | CC | SUBJECT | FILENAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-DOE_0000306 | US-DOE_0000306 | 12/17/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing legal advice from an attorney regarding proposed disposition of DOE financial awards to Colorado entities. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | Novak, Jeffrey [jeffrey.novak@hq.doe.gov];Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Coe, Carl [carl.coe@hq.doe.gov] | | Re: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758A4062000.MSG |
| US-DOE_0000308 | US-DOE_0000308 | 12/17/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Privileged communication between DOE Office of General Counsel and agency official providing legal advice. Containing draft information prepared as part of the agency decision-making process; Predecisional deliberative communications regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Novak, Jeffrey [jeffrey.novak@hq.doe.gov];Coe, Carl [carl.coe@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | | Re: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D975884002000.MSG |
| US-DOE_0000312 | US-DOE_0000312 | 12/18/2025 | Attorney Work Product; Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Prepared in anticipation of litigation, active litigation, or other legal proceedings regarding potential positions agency may take in pending litigation. Privileged communication between DOE Office of General Counsel and agency official providing legal advice. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | Novak, Jeffrey [jeffrey.novak@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov];Coe, Carl [carl.coe@hq.doe.gov] | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | | Re: DOE Portfolio Review Process | 000000009010281CB82D604B9A28B6F6826D9758E4002000.MSG |
| US-DOE_0000318 | US-DOE_0000318 | 12/18/2025 | Attorney Work Product; Attorney-Client Communication; Presidential Communication | Prepared or collected by counsel in anticipation of litigation or active litigation regarding alleged termination or improper administration of DOE financial awards. Privileged communication between DOE Office of General Counsel and agency official providing legal advice. | Withhold in Full | | Novak, Jeffrey [jeffrey.novak@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov];Coe, Carl [carl.coe@hq.doe.gov] | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | | Re: DOE Portfolio Review Process | 000000009010281CB82D604B9A28B6F6826D9758A4012000.MSG |
| US-DOE_0000320 | US-DOE_0000320 | 12/17/2025 | Attorney-Client Communication; Presidential Communication | Privileged communication between DOE Office of General Counsel and agency official providing legal advice. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | Coe, Carl [carl.coe@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov];Novak, Jeffrey [jeffrey.novak@hq.doe.gov] | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | | Re: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758E4012000.MSG |
| US-DOE_0000322 | US-DOE_0000322 | 12/17/2025 | Attorney-Client Communication; Presidential Communication | Privileged communication between agency official and DOE Office of General Counsel requesting legal advice and providing information necessary to obtain legal advice regarding proposed disposition of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of | Withhold in Full | | Novak, Jeffrey [jeffrey.novak@hq.doe.gov];Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Coe, Carl [carl.coe@hq.doe.gov] | | Re: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D975864022000.MSG |
| US-DOE_0000323 | US-DOE_0000323 | 12/17/2025 | Attorney Work Product; Attorney-Client Communication; Presidential Communication | Prepared in anticipation of litigation, active litigation, or other legal proceedings regarding compliance with court order. Seeking legal advice from an attorney regarding timing of disposition of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | Coe, Carl [carl.coe@hq.doe.gov];Novak, Jeffrey [jeffrey.novak@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | | Re: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D975884022000.MSG |
| US-DOE_0000324 | US-DOE_0000324 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | Brown, G. Michael [michael.brown@hq.doe.gov] | Coe, Carl [carl.coe@hq.doe.gov] | | Fw: DOE Cuts | 000000009010281CB82D604B9A28B6F6826D9758E4022000.MSG |
| US-DOE_0000327 | US-DOE_0000327 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Brown, G. Michael [michael.brown@hq.doe.gov];Dietderich, Ben [ben.dietderich@hq.doe.gov];Novak, Jeffrey [jeffrey.novak@hq.doe.gov];Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | Coe, Carl [carl.coe@hq.doe.gov] | | Fw: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D975844042000.MSG |
| US-DOE_0000328 | US-DOE_0000328 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Coe, Carl [carl.coe@hq.doe.gov] | | Fw: DOE Cuts | 000000009010281CB82D604B9A28B6F6826D975864042000.MSG |
| US-DOE_0000329 | US-DOE_0000329 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov];Coe, Carl [carl.coe@hq.doe.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov];Cauley, Rachel K. EOP/OMB [Rachel.K.Cauley@omb.eop.gov];Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov] | Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov] | Dietderich, Ben [ben.dietderich@hq.doe.gov];LaCivita, Victoria W. EOP/WHO [Victoria.W.LaCivita2@who.eop.gov] | [EXTERNAL] RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758C4042000.MSG |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US-DOE_0000330 | US-DOE_0000330 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov];Coe, Carl [carl.coe@hq.doe.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov];Cauley, Rachel K. EOP/OMB [Rachel.K.Cauley@omb.eop.gov];Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Dietderich, Ben [ben.dietderich@hq.doe.gov] | [EXTERNAL] RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758E4042000.MSG |
| US-DOE_0000331 | US-DOE_0000331 | 12/16/2025 | Attorney Work Product; Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing legal advice from an attorney regarding process and documentation for agency decision-making. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Coe, Carl [carl.coe@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | Novak, Jeffrey [jeffrey.novak@hq.doe.gov] | Re: DOE Cuts | 000000009010281CB82D604B9A28B6F6826D975804052000.MSG |
| US-DOE_0000335 | US-DOE_0000335 | 12/17/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing provision of information necessary to obtain legal advice regarding disposition of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov];Coe, Carl [carl.coe@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Novak, Jeffrey [jeffrey.novak@hq.doe.gov] | | RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D975824062000.MSG |
| US-DOE_0000336 | US-DOE_0000336 | 12/17/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing legal advice from an attorney regarding decision options for disposition of DOE financial awards to Colorado. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Coe, Carl [carl.coe@hq.doe.gov];Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | Novak, Jeffrey [jeffrey.novak@hq.doe.gov] | | RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D975884062000.MSG |
| US-DOE_0000339 | US-DOE_0000339 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities and public announcements. | Withhold in Full | | Coe, Carl [carl.coe@hq.doe.gov];Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov];Cauley, Rachel K. EOP/OMB [Rachel.K.Cauley@omb.eop.gov];Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov] | Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | Dietderich, Ben [ben.dietderich@hq.doe.gov] | [EXTERNAL] RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758A4072000.MSG |
| US-DOE_0000340 | US-DOE_0000340 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities and public announcements. | Withhold in Full | | Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov];Coe, Carl [carl.coe@hq.doe.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov];Cauley, Rachel K. EOP/OMB [Rachel.K.Cauley@omb.eop.gov];Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Dietderich, Ben [ben.dietderich@hq.doe.gov];LaCivita, Victoria W. EOP/WHO [Victoria.W.LaCivita2@who.eop.gov] | [EXTERNAL] RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758E4072000.MSG |
| US-DOE_0000352 | US-DOE_0000352 | 12/17/2025 | Attorney Work Product; Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Prepared in anticipation of litigation, active litigation, or other legal proceedings regarding attorney work product describing potential positions agency may take in future litigation. Containing legal advice from an attorney regarding proposed disposition of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov];Coe, Carl [carl.coe@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | | | RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758E4062000.MSG |
| US-DOE_0000353 | US-DOE_0000353 | 12/17/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing provision of information necessary to obtain legal advice regarding proposed disposition of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov];Coe, Carl [carl.coe@hq.doe.gov];Brown, G. Michael [michael.brown@hq.doe.gov] | | | RE: Grant Terminations | 000000009010281CB82D604B9A28B6F6826D9758C4062000.MSG |
| US-DOE_0000366 | US-DOE_0000366 | 12/17/2025 | Attorney Work Product; Presidential Communication; Deliberative Process Privilege | Prepared in anticipation of litigation, active litigation, or other legal proceedings regarding potential positions agency may take in pending litigation. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Mark Paoletta (Mark.R.Paoletta2@omb.eop.gov) [Mark.R.Paoletta2@omb.eop.gov] | Novak, Jeffrey [jeffrey.novak@hq.doe.gov] | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | DOE Portfolio Review Process | 0000000093F6D899D6C5CF4A999F9507B4380C92446B2000.MSG |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-DOE_0000367 | US-DOE_0000367 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | PRP determinatios.xlsx |
| US-DOE_0000400 | US-DOE_0000400 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov] | Coe, Carl [carl.coe@hq.doe.gov];Vought, Russell T. EOP/OMB [Russell.T.Vought2@omb.eop.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov] | [EXTERNAL] Re: DOE Cuts | 0000000093F6D899D6C5CF4A999F9507B4380C92241B2000.MSG |
| US-DOE_0000452 | US-DOE_0000452 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Coe, Carl [carl.coe@hq.doe.gov] | Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov];Vought, Russell T. EOP/OMB [Russell.T.Vought2@omb.eop.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov] | [EXTERNAL] Re: DOE Cuts | 0000000093F6D899D6C5CF4A999F9507B4380C9244B12000.MSG |
| US-DOE_0000453 | US-DOE_0000453 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Vought, Russell T. EOP/OMB [Russell.T.Vought2@omb.eop.gov];Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Coe, Carl [carl.coe@hq.doe.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov] | [EXTERNAL] RE: DOE Cuts | 0000000093F6D899D6C5CF4A999F9507B4380C9224B42000.MSG |
| US-DOE_0000502 | US-DOE_0000502 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Flocken, Nicholas I. EOP/OMB [nicholas.i.flocken@omb.eop.gov] | Coe, Carl [carl.coe@hq.doe.gov] | Novak, Jeffrey [jeffrey.novak@hq.doe.gov] | Final Numbers | 0000000093F6D899D6C5CF4A999F9507B4380C9224202100.MSG |
| US-DOE_0000515 | US-DOE_0000515 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov];Coe, Carl [carl.coe@hq.doe.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Vought, Russell T. EOP/OMB [Russell.T.Vought2@omb.eop.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov] | [EXTERNAL] DOE Cuts | 0000000093F6D899D6C5CF4A999F9507B4380C92A46B2100.MSG |
| US-DOE_0000516 | US-DOE_0000516 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Coe, Carl [carl.coe@hq.doe.gov] | Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov] | | [EXTERNAL] Re: DOE Cuts | 0000000093F6D899D6C5CF4A999F9507B4380C92246C2100.MSG |
| US-DOE_0000535 | US-DOE_0000535 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov] | Coe, Carl [carl.coe@hq.doe.gov] | | Re: DOE Cuts | 0000000093F6D899D6C5CF4A999F9507B4380C92C4612000.MSG |
| US-DOE_0000564 | US-DOE_0000564 | 5/21/2026 | Attorney Work Product; Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Prepared or collected by counsel in anticipation of litigation or active litigation regarding potential termination of DOE financial awards to Colorado entities. Containing/seeking legal advice from an attorney regarding potential termination of DOE financial awards to Colorado entities. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | Re_ Grant Terminations.pdf |
| US-DOE_0000565 | US-DOE_0000565 | 5/21/2026 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing provision of information necessary to obtain legal advice regarding potential termination of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | Final Numbers .pdf |
| US-DOE_0000567 | US-DOE_0000567 | 5/21/2026 | Attorney Work Product; Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Prepared or collected by counsel in anticipation of litigation or active litigation regarding proposed disposition of DOE financial awards to Colorado entities and pending litigation. Containing legal advice from an attorney regarding proposed disposition of DOE financial awards to Colorado entities and pending litigation. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | DOE Portfolio Review Process.pdf |
| US-DOE_0000581 | US-DOE_0000581 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Sullivan, Katharine T. EOP/OMB [Katharine.T.Sullivan@omb.eop.gov];Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Coe, Carl [carl.coe@hq.doe.gov] | Vought, Russell T. EOP/OMB [Russell.T.Vought2@omb.eop.gov];Levenbach, Stuart EOP/OMB [Stuart.Levenbach@omb.eop.gov] | Re: DOE Cuts | 0000000093F6D899D6C5CF4A999F9507B4380C9204652100.MSG |
| US-DOE_0000584 | US-DOE_0000584 | 3/11/2025 | Attorney Work Product; Attorney-Client Communication; Presidential Communication | Prepared or collected by counsel in anticipation of litigation or active litigation regarding compliance with preliminary injunction. Containing legal advice from an attorney regarding compliance with preliminary injunction. | Withhold in Full | | | | | | OMB PI Notice - Final.pdf |
| US-DOE_0000588 | US-DOE_0000588 | 12/17/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing provision of information necessary to obtain legal advice regarding potential termination of DOE financial awards to Colorado entities. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | | Brightbill, Jonathan [jonathan.d.brightbill@hq.doe.gov] | | Fw: Grant Terminations | 0000000093F6D899D6C5CF4A999F9507B4380C9224532000.MSG |
| US-DOE_0000688 | US-DOE_0000688 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed funding cuts to Colorado entities and associated press releases. | Withhold in Full | | Cauley, Rachel K. EOP/OMB [Rachel.K.Cauley@omb.eop.gov] | Dietderich, Ben [ben.dietderich@hq.doe.gov] | Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Washington, Emery [emery.washington@hq.doe.gov];Barrios, Audrey [audrey.barrios@hq.doe.gov] | Re: Grant Terminations | 0000000006E33129A985D94F9C8F9574520910C784072000.MSG |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-DOE_0000690 | US-DOE_0000690 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | Colorado 12_15_25.docx |
| US-DOE_0000691 | US-DOE_0000691 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Dietderich, Ben [ben.dietderich@hq.doe.gov] | Cauley, Rachel K. EOP/OMB [Rachel.K.Cauley@omb.eop.gov] | Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Washington, Emery [emery.washington@hq.doe.gov];Barrios, Audrey [audrey.barrios@hq.doe.gov] | [EXTERNAL] Re: Grant Terminations | 00000000A4A593F741B6F3429FAD7555595452 F044052000.MSG |
| US-DOE_0000692 | US-DOE_0000692 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding potential termination of DOE financial awards to Colorado entities. | Withhold in Full | | Cauley, Rachel K. EOP/OMB [Rachel.K.Cauley@omb.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Washington, Emery [emery.washington@hq.doe.gov];Barrios, Audrey [audrey.barrios@hq.doe.gov] | Dietderich, Ben [ben.dietderich@hq.doe.gov] | | Re: Grant Terminations | 00000000A4A593F741B6F3429FAD7555595452 F0040B2000.MSG |
| US-DOE_0000695 | US-DOE_0000695 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | Colorado 12_15_25.docx |
| US-DOE_0000699 | US-DOE_0000699 | 12/15/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing provision of information necessary to obtain legal advice regarding proposed disposition of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | Colorado 12_15_25.docx |
| US-DOE_0000703 | US-DOE_0000703 | 12/15/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing provision of information necessary to obtain legal advice regarding proposed disposition of DOE financial awards to Colorado entities. Containing draft information prepared as part of the agency decision-making process. Reflecting deliberations related to the agency decision-making process regarding proposed disposition of DOE financial awards to Colorado entities. | Withhold in Full | | | | | | Colorado 12_15_25.docx |

| BEGDOC# | ENDDOC# | DOCDATE | Privilege Type | Privilege Description | Redaction | Confidentiality | To | FROM | CC | SUBJECT | FILENAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-DOT_0000212 | US-DOT_0000212 | | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process | Withhold in Full | | "Sullivan, Katharine T. EOP/OMB" <katharine.t.sullivan@omb.eop.gov> | "McCormack, Ryan (OST)" <ryan.mccormack@dot.gov> | | FW: Follow-up | 102d0.eml |
| US-DOT_0000215 | US-DOT_0000215 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process | Withhold in Full | | "Hoyt, Joshua T. EOP/WHO" <Joshua.T.Hoyt@who.eop.gov>, "Sullivan, Katharine T. EOP/OMB" <Katharine.T.Sullivan@omb.eop.gov> | "McCormack, Ryan (OST)" <ryan.mccormack@dot.gov> | "Cauley, Rachel K. EOP/OMB" <Rachel.K.Cauley@omb.eop.gov>, "Underwood, Emily A. EOP/WHO" <Emily.A.Underwood@who.eop.gov>, "Zerzan, Greg (OST)" <gregory.zerzan@dot.gov> | RE: Looping everyone up | 104a6.eml |
| US-DOT_0000216 | US-DOT_0000216 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CDOT_CRISI.docx |
| US-DOT_0000217 | US-DOT_0000217 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CSU_P_CRISI.docx |
| US-DOT_0000218 | US-DOT_0000218 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CO_FY23_RAISE_Foothills_Transit_Station_and_Roundabout.docx |
| US-DOT_0000219 | US-DOT_0000219 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_SMART_Dec_16_2025.docx |
| US-DOT_0000220 | US-DOT_0000220 | | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process | Withhold in Full | | "McCormack, Ryan (OST)" <ryan.mccormack@dot.gov>, "Sullivan, Katharine T. EOP/OMB" <Katharine.T.Sullivan@omb.eop.gov>, "Cline, Kevin EOP/WHO" <Kevin.Cline@who.eop.gov> | "Hoyt, Joshua T. EOP/WHO" <Joshua.T.Hoyt@who.eop.gov> | "Cauley, Rachel K. EOP/OMB" <Rachel.K.Cauley@omb.eop.gov>, "Underwood, Emily A. EOP/WHO" <Emily.A.Underwood@who.eop.gov>, "Zerzan, Greg (OST)" <gregory.zerzan@dot.gov> | RE: Looping everyone up | 104a2.eml |
| US-DOT_0000221 | US-DOT_0000221 | | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CO_NEVI.docx |
| US-DOT_0000222 | US-DOT_0000222 | | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CO_FY23_RAISE_Foothills_Transit_Station_and_Roundabout.docx |
| US-DOT_0000223 | US-DOT_0000223 | | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CDOT_CRISI.docx |
| US-DOT_0000224 | US-DOT_0000224 | | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CSU_P_CRISI.docx |
| US-DOT_0000225 | US-DOT_0000225 | | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_SMART_Dec_16_2025.docx |
| US-DOT_0000237 | US-DOT_0000237 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | "Joshua.T.Hoyt@who.eop.gov" <joshua.t.hoyt@who.eop.gov> | "McCormack, Ryan (OST)" <ryan.mccormack@dot.gov> | | FW: Looping everyone up | 104a3.eml |
| US-DOT_0000238 | US-DOT_0000238 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CDOT_CRISI.docx |
| US-DOT_0000239 | US-DOT_0000239 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CSU_P_CRISI.docx |
| US-DOT_0000240 | US-DOT_0000240 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CO_FY23_RAISE_Foothills_Transit_Station_and_Roundabout.docx |
| US-DOT_0000241 | US-DOT_0000241 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_SMART_Dec_16_2025.docx |
| US-DOT_0000242 | US-DOT_0000242 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process | Withhold in Full | | | | | | Withdrawal_Unobligated_Grant_CO_NEVI.docx |
| US-DOT_0000244 | US-DOT_0000244 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | "Underwood, Emily A. EOP/WHO" <emily.a.underwood@who.eop.gov> | "McCormack, Ryan (OST)" <ryan.mccormack@dot.gov> | | Follow-up | 102d2.eml |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-DOT_0000245 | US-DOT_0000245 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | "McCormack, Ryan (OST)" <ryan.mccormack@dot.gov>, "Abourisk, Clark P. EOP/OMB" <Clark.P.Abourisk@omb.eop.gov> | "Sullivan, Katharine T. EOP/OMB" <Katharine.T.Sullivan@omb.eop.gov> | | Fwd: DOT Colorado | 102ce.eml |
| US-DOT_0000246 | US-DOT_0000246 | | Presidential Communication; Deliberative Process Privilege | Containing draft information prepared as part of the agency decision-making process; Reflecting deliberations related to the agency decision-making process; Containing communication with White House | Withhold in Full | | "Underwood, Emily A. EOP/WHO" <Emily.A.Underwood@who.eop.gov> | "McCormack, Ryan (OST)" <ryan.mccormack@dot.gov> | | Re: Follow-up | 102cd.eml |

| Prod_BEGDOC# | Prod_ENDDOC# | DOCDATE | Privilege Type | Privilege Description | Redaction | Confidentiality | To | FROM | CC | SUBJECT | FILENAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-FEMA_0000002 | US-FEMA_0000035 | 11/21/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process; This is a recommendation to the President regarding CO's disaster declaration request and subject to Executive Privilege. | Redaction Applied | | President Donald Trump | Secretary Kristi Noem | Stephen Miller, Deputy Chief of Staff; David E. Richardson, FEMA SOPDA | Request for a Major Disaster Declaration for the State of CO | FEMA Doc 1-25-34285 WH Package In Order.pdf |
| US-FEMA_0000036 | US-FEMA_0000061 | 2/13/2026 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process; This is a recommendation to the President regarding CO's disaster declaration request and subject to Executive Privilege. | Redaction Applied | | President Donald Trump | Secretary Kristi Noem | Stephen Miller, Deputy Chief of Staff; Karen Evans, FEMA SOPDA | Appeal for a Major Disaster Declaration for the State of CO | FEMA Doc 2 - 26-42317 - WH Package in Order.pdf |
| US-FEMA_0000062 | US-FEMA_0000084 | 2/13/2026 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process; This is a recommendation to the President regarding CO's disaster declaration request and subject to Executive Privilege. | Redaction Applied | | President Donald Trump | Secretary Kristi Noem | Stephen Miller, Deputy Chief of Staff; Karen Evans, FEMA SOPDA | Appeal for a Major Disaster Declaration for the State of CO | FEMA Doc 3 - 26-42330 - WH Package in Order.pdf |
| US-FEMA_0000085 | US-FEMA_0000113 | 12/18/2025 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process; This is a recommendation to the President regarding CO's disaster declaration request and subject to Executive Privilege. | Redaction Applied | | President Donald Trump | Secretary Kristi Noem | Stephen Miller, Deputy Chief of Staff; David E. Richardson, FEMA SOPDA | Request for a Major Disaster Declaration for the State of CO | FEMA Doc 4 - CO #1 WH Docs.pdf |
| US-FEMA_0000114 | US-FEMA_0000117 | 1/21/2026 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process; This is a recommendation to the President regarding CO's disaster declaration request and subject to Executive Privilege. | Redaction Applied | | Gregg Philips, Assoc Adm FEMA Response & Recovery | Katherine Fox, Acting Regional Adm, FEMA Region 8 | | Appeal of Denial for Major Disaster Declaration, CO | FEMA Doc 5 - CO Appl RVAR (Aug 2025).pdf |
| US-FEMA_0000118 | US-FEMA_0000121 | 1/21/2026 | Presidential Communication; Deliberative Process Privilege | Reflecting deliberations related to the agency decision-making process; This is a recommendation to the President regarding CO's disaster declaration request and subject to Executive Privilege. | Redaction Applied | | Gregg Philips, Assoc Adm FEMA Response & Recovery | Katherine Fox, Acting Regional Adm, FEMA Region 8 | | Appeal of Denial for Major Disaster Declaration, CO | FEMA Doc 6 - CO Appl RVAR (Oct 2025).pdf |

| Prod_BEGDOC# | Prod_ENDDOC# | DOCDATE | Privilege Type | Privilege Description | Redaction | Confidentiality | To | FROM | CC | SUBJECT | FILENAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-NSF_0000071 | US-NSF_0000071 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | rebecca.keiser@nsf.gov | | | |
| US-NSF_0000072 | US-NSF_0000072 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | rebecca.keiser@nsf.gov | | | |
| US-NSF_0000073 | US-NSF_0000073 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | rebecca.keiser@nsf.gov | | | |
| US-NSF_0000761 | US-NSF_0000761 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Keiser, Rebecca Lynn [rebecca.keiser@nsf.gov] | Avallone, Linnea [lavallon@nsf.gov] | | | |
| US-NSF_0000762 | US-NSF_0000762 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | | | | | |
| US-NSF_0000763 | US-NSF_0000763 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | Keiser, Rebecca Lynn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F730918DE764378BE97EC6295E94043-KEISER, REB] | | | |
| US-NSF_0000764 | US-NSF_0000764 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | | | | | |
| US-NSF_0000765 | US-NSF_0000765 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Keiser, Rebecca Lynn [rebecca.keiser@nsf.gov] | Avallone, Linnea [lavallon@nsf.gov] | | | |
| US-NSF_0000766 | US-NSF_0000766 | 12/23/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | Keiser, Rebecca Lynn [rebecca.keiser@nsf.gov] | | | |
| US-NSF_0000767 | US-NSF_0000767 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | Keiser, Rebecca Lynn [rebecca.keiser@nsf.gov] | | | |
| US-NSF_0000769 | US-NSF_0000769 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Keiser, Rebecca Lynn [rebecca.keiser@nsf.gov] | Avallone, Linnea [lavallon@nsf.gov] | | | |
| US-NSF_0000770 | US-NSF_0000770 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | Keiser, Rebecca Lynn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F730918DE764378BE97EC6295E94043-KEISER, REB] | | | |
| US-NSF_0000771 | US-NSF_0000771 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Keiser, Rebecca Lynn [rebecca.keiser@nsf.gov] | Avallone, Linnea [lavallon@nsf.gov] | | | |
| US-NSF_0000772 | US-NSF_0000772 | 12/31/2025 | Presidential Communication; Deliberative Process Privilege | NSF internal email thread reflecting pre-decisional and deliberative consideration of draft timeline for issuance of NCAR DCL. Thread refers to communications with OMB re timeline expectations. | Withhold in Full | | Avallone, Linnea [lavallon@nsf.gov] | Keiser, Rebecca Lynn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F730918DE764378BE97EC6295E94043-KEISER, REB] | | | |