IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 25-cv-03428-RBJ | Date: | September 24, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Jessica Anderson |

| *Parties* | *Counsel* |
|---|---|
| THE STATE OF COLORADO<br><br>**Plaintiff,** | *Talia Kraemer*<br>*Reed Morgan*<br>*David Moskowitz*<br>*Sarah Weiss* |
| **v.** | |
| DONALD J. TRUMP, in his official capacity as President of the United States,<br>PETE HEGSETH, in his official capacity as Secretary of Defense,<br>TROY MEINK, in his official capacity as Secretary of the Air Force,<br>SEAN P. DUFFY, in his official capacity as Secretary of Transportation,<br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br>CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br>DOUG BURGUM, in his official capacity as Secretary of the Interior,<br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br>ROBERT FENTON, in his official capacity as Acting Administrator of the Federal Emergency Management Agency,<br>TODD BLANCHE, in his official capacity as Attorney General,<br>BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,<br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>DEPARTMENT OF DEFENSE,<br>DEPARTMENT OF THE AIR FORCE,<br>DEPARTMENT OF TRANSPORTATION,<br>DEPARTMENT OF AGRICULTURE, | *Adam Fox*<br>*Alexander Severance* |

DEPARTMENT OF ENERGY,
THE DEPARTMENT OF THE INTERIOR,
DEPARTMENT OF HOMELAND SECURITY,
FEDERAL EMERGENCY MANAGEMENT AGENCY,
DEPARTMENT OF JUSTICE, and
NATIONAL SCIENCE FOUNDATION,

**Defendants.**

---

**COURTROOM MINUTES**

---

**DISCOVERY DISPUTE HEARING**

Court in Session: 10:02 a.m.

Appearance of counsel. All counsel present via video teleconference.

The Court outlines how the hearing will proceed.

**ORDERED: [117] Joint Motion to Amend Scheduling Order is GRANTED.**

**Dispositive Motions are due on or before February 19, 2027.**

**Five-day Bench Trial is reset for June 21, 2027, at 9:00 a.m. in Courtroom C203 with a remote Trial Preparation Conference reset for June 7, 2027, at 10:00 a.m.**

**Plaintiffs' counsel shall submit a proposed Scheduling Order outlining the new deadlines and hearings.**

Discussion held on the pending motions and action taken by the Tenth Circuit.

Argument given on procedural dispute regarding the filing of a Motion to Compel and additional briefing by Mr. Morgan and Mr. Fox with questions from the Court.

Discussion held on *in camera* review of privileged documents.

Discussion held on appointment of a Special Master.

As outlined on the record, it is

**ORDERED: Plaintiffs are to file a Motion to Compel of no more than 15 pages on or before October 2, 2026; Defendants' response of no more than 20 pages due on or before October 9, 2026. Reply brief of no more than 10 pages is due on or before October 16, 2026.**

**Defendants are to submit the documents listed on the privilege log for possible *in camera* review on or before October 9, 2026.**

Discussion held on presidential communication privilege.

Additional discussion held on Tenth Circuit staying consideration of the appeal.

Court in Recess: 11:03 a.m. Hearing concluded. Total time in Court: 01:01