| Exhibit | Description |
|---|---|
| 1 | USDA Production Privilege Log |
| 2 | DOT Production Privilege Log |
| 3 | DOI Production Privilege Log |
| 4 | DOE Production Privilege Log |
| 5 | NSF Production Privilege Log |
| 6 | FEMA Production Privilege Log |
| 7 | DoW Production Privilege Log |
| 8 | DHS Production Privilege Log |
| 9 | Excerpts from Defendants' First Supplemental Responses to Interrogatories (July 29, 2026) |
| 10 | Excerpts from Defendants' Second Supplemental Responses to Interrogatories (Sep. 4, 2026) |
| 11 | US-USDA_0000084 |
| 12 | US-USDA_0000180 |
| 13 | US-USDA_0000158 |
| 14 | Stipulation, *Saint Paul v. Wright*, No. 25-cv-03899 (Dec. 23, 2025), ECF No. 27 |