# EXHIBIT #1

| Prod_BEGDOC# | Prod_ENDDOC# | DOCDATE | Privilege Type | Privilege Description | Redaction | Confidentiality | To | FROM | CC | SUBJECT | FILENAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-USDA_0000013 | US-USDA_0000014 | 1/7/2026 | Attorney-Client Communication | This is an email exchange between between USDA FNA and USDA OGC, seeking legal advice on how to respond to correspondence from County Attorney for Douglas County. | Redaction Applied | | Mizoguchi, Brian - OGC, DC [Brian.Mizoguchi@usda.gov];Merrill, Sarah - OGC, DC [sarah.merrill@usda.gov];Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Corley, Shiela - FNS [shiela.corley@usda.gov] | Brand, Gina - FNS [gina.brand@usda.gov] | FW: [External Email]SNAP Pilot Waiver | 0000000028E1F707CAC79C49BDC94EFC306DE20444002000.MSG |
| US-USDA_0000019 | US-USDA_0000020 | 1/16/2026 | Attorney-Client Communication | This is an email exchange between USDA FNA and USDA OGC containing legal advice from an attorney regarding correspondence from County Attorney for Douglas County and next steps. | Redaction Applied | | Mizoguchi, Brian - OGC, DC [Brian.Mizoguchi@usda.gov];Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Clarkson, Tyler - OGC, DC [Tyler.Clarkson@usda.gov];Merrill, Sarah - OGC, DC [sarah.merrill@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov] | Brand, Gina - FNS [gina.brand@usda.gov] | | Re: SNAP Pilot Waiver - CO/Douglas County | 00000000C038675B2DA90349BD3E9301F28B3C4764002000.MSG |
| US-USDA_0000024 | US-USDA_0000024 | 1/15/2026 | Attorney-Client Communication | This is an email exchange between USDA OGC and USDA FNA containing advice provided by DOJ concerning USDA's opposition to a preliminary injunction. It also seeks the provision of information necessary to obtain legal advice regarding USDA's opposition to Colorado's preliminary injunction motion. | Withhold in Full | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Kim, Mina - OGC, DC [mina.kim@usda.gov];Merrill, Sarah - OGC, DC [sarah.merrill@usda.gov] | Mizoguchi, Brian - OGC, DC [Brian.Mizoguchi@usda.gov] | Clarkson, Tyler - OGC, DC [Tyler.Clarkson@usda.gov] | FW: Colo. v. Trump - background urgently needed from USDA for response to PI motion | 00000000C038675B2DA90349BD3E9301F28B3C4704012000.MSG |
| US-USDA_0000055 | US-USDA_0000058 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, includingthe SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood, so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing potential next steps and timing of next steps for the SNAP pilot letters. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000C038675B2DA90349BD3E9301F28B3C4704022000.MSG |
| US-USDA_0000059 | US-USDA_0000064 | 1/7/2026 | Attorney-Client Communication | This is an email exchange between FNA, OGC, and DOJ seeking and containing legal advice from an attorney regarding correspondence from 76 Group on behalf of Douglas County. | Redaction Applied | | Brand, Gina - FNS [gina.brand@usda.gov];Merrill, Sarah - OGC, DC [sarah.merrill@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Mizoguchi, Brian - OGC, DC [Brian.Mizoguchi@usda.gov] | adine.momoh_usdoj.gov [adine.momoh@usdoj.gov];Becker, Tyler (CIV) [tyler.becker@usdoj.gov];Clarkson, Tyler - OGC, DC [Tyler.Clarkson@usda.gov] | RE: USDA Pilot Project Letter | 00000000C038675B2DA90349BD3E9301F28B3C47A4022000.MSG |
| US-USDA_0000067 | US-USDA_0000067 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This is an email attachment from Jennifer Tiller (USDA OSEC) to the Deputy Assistant of the Domestic Policy Counsel, Sam Adolphsen, containing a deliberative and pre-decisional draft of the Colorado pilot letter. It was shared to he could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000068 | US-USDA_0000080 | 2/19/2026 | Presidential Communication; Deliberative Process Privilege | This is an email thread between EOP and USDA OSEC containing requests from the White House for information on possible ideas to accomplish executive policy priorities, including a myriad of USDA topics, such as: poultry, biosecurity, trade, SNAP fraud, rural development, and forest systems. This information is provided to EOP senior advisors to identify whether/what/when/ and how to brief the President concerning potential actions by USDA to address the President's priorities, to obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing potential next steps and timing of next steps for these various items, as well as deliberations concerning the SNAP pilots and the subsequent litigation over the pilots. | Redaction Applied | | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Slagell, Alison - OSEC, DC [Alison.Slagell@usda.gov];Carstens, Zachary R. EOP/WHO [Zachary.R.Carstens@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | | [REDACTED] | 00000000C038675B2DA90349BD3E9301F28B3C47A4012000.MSG |
| US-USDA_0000081 | US-USDA_0000083 | 4/3/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread between EOP and USDA OSEC, and USDA OSEC and USDA OCFO seeking information to identify whether/what/when/ and how to brief the President concerning potential actions by USDA to address the President's priorities, to obtain confidential input on possible next steps and timing, draft recommendations, options, and proposed sequencing for potential Presidential action. | Redaction Applied | | Whitney, Tyson - OCFO-OCFO [Tyson.Whitney@usda.gov] | Tiller, Jennifer - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1B7B64780504BDCA4915F61070151DC-8C7DA4BD-FA] | Walk, John - OHA-OJO, DC [John.Walk@usda.gov];Herche, Daniel - OCFO-OCFO [daniel.herche@usda.gov] | [REDACTED] | 00000000C038675B2DA90349BD3E9301F28B3C4744022000.MSG |
| US-USDA_0000110 | US-USDA_0000111 | 12/15/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots, so that White House senior advisors to identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, to obtain confidential input on possible next steps and timing, draft recommendations, options, and proposed sequencing for potential Presidential action. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood. Additional emails in the thread are deliberative and pre-decisional, as they concern draft language for two SNAP pilot letters. Additionally, the thread contains information on advice received from DOJ. | Redaction Applied | | Adolphsen, Sam G. EOP/WHO [samuel.g.adolphsen@who.eop.gov];Milner, Clark EOP/WHO [clark.milner@who.eop.gov];Wasserman, Daniel F. EOP/WHO [daniel.f.wasserman@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | FW: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864032000.MSG |
| US-USDA_0000112 | US-USDA_0000112 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This was an attachment to US-USDA_0000110-111, sent from USDA OSEC to EOP. It is deliberative and pre-decisional, as it is a draft of the Colorado SNAP pilot letter. | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000113 | US-USDA_0000113 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This was an attachment to US-USDA_0000110-111, sent from USDA OSEC to EOP. It is deliberative and pre-decisional, as it is a draft of the Minnesota SNAP pilot letter. | Withhold in Full | | | | | | MN Pilot Demand edits (DOJ).docx |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-USDA_0000120 | US-USDA_0000121 | 12/15/2025 | Presidential Communication | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. | Redaction Applied | | Underwood, Emily A. EOP/WHO [emily.a.underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07884012000.MSG |
| US-USDA_0000122 | US-USDA_0000122 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This was the attachement to US-USDA_0000122, sent from USDA OSEC TO EOP. It is deliberative and pre-decisional, as it is a draft of the Colorado SNAP pilot letter. | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000125 | US-USDA_0000127 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing next steps for the SNAP pilot letters. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07844012000.MSG |
| US-USDA_0000128 | US-USDA_0000129 | 12/17/2025 | Presidential Communication | This is a USDA OSEC-internal email that briefly relays the White House's contemplated next steps concerning the Colorado pilot. | Redaction Applied | | Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Weeks, Audra - OC, DC [Audra.Weeks@usda.gov] | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 00000000E9F07E4C652D6C42A5E1C26DEB05E078C4012000.MSG |
| US-USDA_0000135 | US-USDA_0000137 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing next steps for the SNAP pilot letters. | Redaction Applied | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078C4032000.MSG |
| US-USDA_0000140 | US-USDA_0000142 | 12/16/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing drafts and next steps for the SNAP pilot letters. Additionally, the thread contains information on advice received from DOJ. | Redaction Applied | | Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07804042000.MSG |
| US-USDA_0000143 | US-USDA_0000143 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | This was an attachment to US-USDA_0000140-142 and is deliberative and predecisional, as it is a draft of the Colorado SNAP pilot letter shared with the EOP. | Withhold in Full | | | | | | CO Pilot_FINAL.docx |
| US-USDA_0000144 | US-USDA_0000146 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing next steps for the SNAP pilot letters. | Redaction Applied | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07824042000.MSG |
| US-USDA_0000149 | US-USDA_0000152 | 12/17/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing next steps for the SNAP pilot letters. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864042000.MSG |
| US-USDA_0000155 | US-USDA_0000156 | 12/16/2025 | Presidential Communication | This is an email from USDA Chief of Staff, Kailee Buller, to USDA Secretary Brooke Rollins that forwards an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. | Redaction Applied | | 33, BLR - OSEC, DC [blr.33@usda.gov] | Buller, Kailee - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5F784248FA8B4ECDBB5BEEA12377680D-058983ED-18] | | FYI: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078C4002000.MSG |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-USDA_0000157 | US-USDA_0000157 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This is the attachment to US-USDA_0000155-156 that was provided to EOP. It is deliberative and pre-decisional, as it is a draft of the Colorado SNAP pilot letter. | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000158 | US-USDA_0000160 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | This is an email from USDA Chief of Staff, Kailee Buller, to USDA personnel that forwards an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing potential next steps and timing of next steps for the Colorado SNAP pilot letter. | Redaction Applied | | Varsamis, Alec - OSEC, DC [Alec.Varsamis2@usda.gov];Weeks, Audra - OC, DC [Audra.Weeks@usda.gov];Johnson, Kendall - OC, DC [Kendall.Johnson@usda.gov] | Buller, Kailee - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5F784248FA8B4ECDBB5BEEA12377680D-058983ED-18] | | FW: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864022000.MSG |
| US-USDA_0000161 | US-USDA_0000163 | 12/16/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | This is an email from USDA Chief of Staff, Kailee Buller, to USDA Secretary Brooke Rollins that forwards an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, as they concern thoughts on phrasing in two SNAP pilot letters. Additionally, it contains information on advice received from DOJ. | Redaction Applied | | 33, BLR - OSEC, DC [blr.33@usda.gov] | Buller, Kailee - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5F784248FA8B4ECDBB5BEEA12377680D-058983ED-18] | | FW: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07844032000.MSG |
| US-USDA_0000164 | US-USDA_0000164 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This is the attachment to US-USDA_0000161-163 that was provided to EOP. It is deliberative and pre-decisional, as it is a draft of the Colorado SNAP pilot letter. | Withhold in Full | | | | | | 12152025 CO.docx |
| US-USDA_0000165 | US-USDA_0000165 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This is the attachment to US-USDA_0000161-163 that was provided to EOP. It is deliberative and pre-decisional, as it is a draft of the Minnesota SNAP pilot letter. | Withhold in Full | | | | | | MN Pilot Demand edits (DOJ).docx |
| US-USDA_0000166 | US-USDA_0000168 | 12/16/2025 | Attorney-Client Communication; Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, as they concern thoughts on phrasing in two SNAP pilot letters. Additionally, it contains information on advice received from DOJ. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov] | Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07884002000.MSG |
| US-USDA_0000169 | US-USDA_0000170 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, as they concern thoughts on phrasing the pilot letters. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | Re: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07864012000.MSG |
| US-USDA_0000171 | US-USDA_0000172 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, as they concern thoughts on next steps for the Colorado pilot letter. | Redaction Applied | | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078A4012000.MSG |
| US-USDA_0000178 | US-USDA_0000179 | 12/15/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, as they concern thoughts on next steps for the Colorado pilot letter. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E07824022000.MSG |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US-USDA_0000180 | US-USDA_0000181 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | This is an email from USDA Chief of Staff, Kailee Buller, to USDA Secretary Brooke Rollins that forwards an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails are deliberative and pre-decisional, discussing next steps for the Colorado SNAP pilot. | Redaction Applied | | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov] | 33, BLR - OSEC, DC [BLR.33@usda.gov] | | Re: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E0788403200 0.MSG |
| US-USDA_0000182 | US-USDA_0000184 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing next steps for the Colorado pilot letter. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E0784404200 0.MSG |
| US-USDA_0000193 | US-USDA_0000195 | 12/16/2025 | Presidential Communication; Deliberative Process Privilege | This is an email thread containing a briefing prepared by USDA for the White House on actions taken by USDA to accomplish executive policy priorities, including the SNAP pilots. The briefing was prepared in response to solicitation by the Deputy Chief of Staff for Policy and Homeland Security, Emily Underwood so that she could identify whether/what/when/ and how to brief the President on potential actions by USDA to address the President's priorities, obtain confidential input on possible next steps and timing, and/or draft recommendations, options, and proposed sequencing for potential Presidential action. Additional emails in the thread are deliberative and pre-decisional, discussing next steps and timing for the Colorado pilot letter. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Underwood, Emily A. EOP/WHO [Emily.A.Underwood@who.eop.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Wasserman, Daniel F. EOP/WHO [Daniel.F.Wasserman@who.eop.gov];Milner, Clark EOP/WHO [Clark.Milner@who.eop.gov];Adolphsen, Sam G. EOP/WHO [Samuel.G.Adolphsen@who.eop.gov];Jackson, Abigail T. EOP/WHO [Abigail.T.Jackson@who.eop.gov];Rogers, Taylor R. EOP/WHO [Taylor.R.Rogers@who.eop.gov] | RE: CO | 00000000E9F07E4C652D6C42A5E1C26DEB05E078E404200 0.MSG |
| US-USDA_0000237A37:M 40 | US-USDA_0000239 | 12/17/2025 | Presidential Communication | This is a USDA OSEC-internal email that briefly relays the White House's contemplated next steps concerning the Colorado pilot. | Redaction Applied | | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov];Keel, Taylor - OSEC, DC [Taylor.Keel@usda.gov];Fletcher, Jasmine - FNS [Jasmine.Fletcher@usda.gov];Beatty, Shelly - FNS [shelly.beatty@usda.gov] | Corley, Shiela - FNS [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1228258BB7934BA1BEF7DEBDE9F6AC6B-CORLSH] | | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A786403200 0.MSG |
| US-USDA_0000240 | US-USDA_0000242 | 12/17/2025 | Presidential Communication | This is a USDA OSEC-internal email that briefly relays the White House's contemplated next steps concerning the Colorado pilot. | Redaction Applied | | Corley, Shiela - FNS [shiela.corley@usda.gov];Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov];Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov];Keel, Taylor - OSEC, DC [Taylor.Keel@usda.gov];Beatty, Shelly - FNS [shelly.beatty@usda.gov] | Fletcher, Jasmine - FNS [Jasmine.Fletcher@usda.gov] | | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A784400200 0.MSG |
| US-USDA_0000260 | US-USDA_0000261 | 12/17/2025 | Presidential Communication | This is a USDA OSEC-internal email that briefly relays the White House's contemplated next steps concerning the Colorado pilot. | Redaction Applied | | Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov];Keel, Taylor - OSEC, DC [Taylor.Keel@usda.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A784402200 0.MSG |
| US-USDA_0000264 | US-USDA_0000265 | 12/17/2025 | Presidential Communication | This is a USDA OSEC-internal email that briefly relays the White House's contemplated next steps concerning the Colorado pilot. | Redaction Applied | | Myers2, Matthew - OSEC, DC [Matthew.Myers2@usda.gov];Swanson, Stacy - OSEC, DC [Stacy.Swanson@usda.gov];Corley, Shiela - FNS [shiela.corley@usda.gov];Talero, Andres - OSEC, DC [Andres.Talero@usda.gov] | Tiller, Jennifer - OSEC, DC [Jennifer.Tiller@usda.gov] | Buller, Kailee - OSEC, DC [Kailee.Buller@usda.gov];Weeks, Audra - OC, DC [Audra.Weeks@usda.gov] | RE: Ready for Distribution, Pending Approval \| \| Signed CO Pilot Letter | 0000000012A64DCDB8165448A7B1584A7C705A788402200 0.MSG |