# EXHIBIT #12

Message

**From:** 33, BLR - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B13EB2B7157945599A22AA4DECBB45CD-EB47E6C2-0D]
**Sent:** 12/16/2025 2:46:00 PM
**To:** Buller, Kailee - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f784248fa8b4ecdbb5beea12377680d-058983ed-18]
**Subject:** Re: CO

Minnesota approved. **Redacted**

Get Outlook for iOS

---

**From:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>
**Sent:** Monday, December 15, 2025 11:52:55 PM
**To:** 33, BLR - OSEC, DC <BLR.33@usda.gov>
**Subject:** FYI: CO

*Deliberative confidential*

FYI on WH direction RE: Colorado

---

**From:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
**Sent:** Monday, December 15, 2025 12:11 PM
**To:** Underwood, Emily A. EOP/WHO <emily.a.underwood@who.eop.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>
**Subject:** CO

DELIBERATIVE | PRE-DECISIONAL | CONFIDENTIAL

Hi, Emily –

**Redacted**

Redacted

Thanks –
Jennifer