# EXHIBIT #13

Message

**From**: Buller, Kailee - OSEC, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5F784248FA8B4ECDBB5BEEA12377680D-058983ED-18]
**Sent**: 12/16/2025 4:52:04 PM
**To**: Varsamis, Alec - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=434bc1d8b7eb46aa933bb938794cedf1-04870a13-7b]; Weeks, Audra - OC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d3b8cf46713242b29fab43150300c49d-e2424b52-cc]; Johnson, Kendall - OC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aca123caef704d3190a1bbc9890df08a-c6d5956c-d9]
**Subject**: FW: CO

FYI Direction from WH Redacted

---

**From:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Sent:** Tuesday, December 16, 2025 8:54 AM
**To:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO <Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>; Adolphsen, Sam G. EOP/WHO <Samuel.G.Adolphsen@who.eop.gov>; Jackson, Abigail T. EOP/WHO <Abigail.T.Jackson@who.eop.gov>; Rogers, Taylor R. EOP/WHO <Taylor.R.Rogers@who.eop.gov>
**Subject:** RE: CO

Jenn,

Redacted

---

**From:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Sent:** Monday, December 15, 2025 5:47 PM
**To:** Tiller Jennifer OSEC DC <Jennifer.Tiller@usda.gov>
**Cc:** Buller Kailee OSEC DC <Kailee.Buller@usda.gov>; Wasserman, Daniel F. EOP/WHO <Daniel.F.Wasserman@who.eop.gov>; Milner, Clark EOP/WHO <Clark.Milner@who.eop.gov>
**Subject:** Re: CO

Redacted Will be in touch with more feedback.
Redacted

Sent from my iPhone

> On Dec 15, 2025, at 3:27 PM, Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov> wrote:
>
> Thanks Jennifer. Redacted
> Redacted
>
> ---
>
> **From:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
> **Sent:** Monday, December 15, 2025 12:11 PM

**To:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>
**Cc:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>
**Subject:** CO

DELIBERATIVE | PRE-DECISIONAL | CONFIDENTIAL

Hi, Emily –

Redacted

**Redacted**

Thanks –
Jennifer

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.