# EXHIBIT #14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITY OF SAINT PAUL, MINNESOTA, *et al.*,

*Plaintiffs*,

v.

CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,

*Defendants*.

Case No. 1:25-cv-3899-APM

**STIPULATION REGARDING CONSOLIDATION UNDER RULE 65(a)(2)**

Pursuant to Federal Rule of Civil Procedure 65(a)(2), the parties agree and stipulate to consolidation of the hearing on Plaintiffs' motion for a preliminary injunction held on December 11, 2025, with a trial on the merits, subject to Defendants' stipulation and Plaintiffs' statement, set forth below.

**Defendants' Stipulation**

Solely for the purposes of the present litigation and for no other purpose, with respect to the seven financial awards[1] at issue in this litigation,[2] Defendants stipulate[3] not to contest the following factual assertions:

1. The seven terminated awards, all of which have prime awardees in States that tend to elect and/or have recently elected Democratic candidates in state and national elections (so-

[1] Award Nos. EE0011131, EE0011801, EE0009951, EE0011133, EE0010930, EE0010622, and FE0032276.

[2] The parties have separately stipulated to the voluntary dismissal of Plaintiffs' claims with respect to awards FE0032658, FE0032699, and FE0032657.

[3] Plaintiffs do not join this stipulation or agree that it accurately states all of the facts in evidence.

called "Blue States"), are comparable to certain other U.S. Department of Energy ("DOE") awards that (a) are to prime awardees not in Blue States, and (b) did not receive letters terminating their awards in October 2025.

2. A primary reason for the selection of which DOE grant termination decisions were included in the October 2025 notice tranche was whether the grantee was located in a "Blue State."

**Plaintiffs' Statement**

If Plaintiffs prevail on the merits and the Court orders Defendants to return the seven financial awards at issue in this litigation to the status quo ante, Plaintiffs reserve the right to seek to enforce the Court's order if Defendants return the awards to a status that Plaintiffs do not agree is the status quo ante.[4]

Dated: December 23, 2025

Respectfully submitted,

/s/ Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*

[4] Defendants do not join Plaintiffs' Statement and reserve all rights with respect to remedy should Plaintiffs prevail on the merits.

Vickie L. Patton (CO Bar 30370)*
Peter Zalzal (CO Bar 42164)*
Rosalie Winn (CO Bar 52662)*
Stephanie Jones (NY Bar 5590724)*
2060 Broadway, Suite 300
Boulder, CO 80302
(720) 837-6239
vpatton@edf.org

*Counsel for Plaintiff Environmental Defense Fund*

LYNDSEY OLSON
Saint Paul City Attorney

By: /s/ Kelsey McElveen
Kelsey McElveen+
Office of the City Attorney
15 W. Kellogg Blvd., 400 City Hall
Saint Paul, MN 55102
(651) 226-8710

*Counsel for Plaintiff Saint Paul, Minnesota*

*Pro hac vice forthcoming
+Pro hac vice pending

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Daniel Riess*
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to the Assistant Attorney General
DANIEL RIESS (Texas Bar No. 24037359)
ELIZABETH B. LAYENDECKER (Cal. Bar No. 357429)
Trial Attorneys
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*