**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03428-RBJ

THE STATE OF COLORADO,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

---

**DEFENDANTS' NOTICE TO THE COURT**

---

Defendants respectfully submit this Notice to accompany their submission of documents for the Court's *ex parte*, *in camera* review. Pursuant to the Court's September 24, 2026, Order, ECF No. 118, Defendants submit all materials over which the U.S. Department of Transportation ("DOT") and the U.S. Department of Energy ("DOE") asserted a privilege over the documents' disclosure. Specifically, DOT and DOE have asserted the Deliberative Process Privilege ("DPP"), Attorney-Client Privilege ("ACP"), and the Presidential Communications Privilege ("PCP") over a total of 478 documents. Some documents are subject to multiple privileges.

Plaintiff's Motion to Compel (ECF No. 120) is categorical in nature; Plaintiff has not moved to compel production of any particular document(s). Nor does the Motion address ACP, or any privilege other than DPP and PCP. For the reasons stated in Defendants' Opposition to the Motion, Plaintiff is not entitled to the production of any documents on the categorical basis Plaintiff has asserted. If the Court rejects Defendants DOE or DOT's assertions of a privilege (either as to particular documents or as to any category of documents), Defendants should be allowed the opportunity to reevaluate their withholding and redactions of affected documents so

that a supplemental production can be made in a manner that preserves any and all other applicable privileges, including PCP, DPP, and ACP—including, as necessary, with additional supporting declarations.

In sum, Defendants respectfully request that any ruling overruling one or more assertions of privilege allow Defendants a reasonable opportunity to reevaluate their withholdings; produce an updated privilege log; and make a supplemental production that preserves other applicable privileges. Defendants further request that any order regarding the Motion to Compel (including any ruling with respect to assertions in DOT and DOE's logs) be stayed for at least fourteen days to allow Defendants time to determine whether to seek further appellate relief.

Dated: October 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MARIANNE F. KIES
Assistant Branch Director
Federal Programs Branch

*/s/ Alexander Severance*
ALEXANDER J. SEVERANCE
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005